IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CONSOLIDATED WATER POWER COMPANY,

        Plaintiff,

    v.

0.46 ACRES OF LAND, MORE OR LESS, IN
PORTAGE COUNTY, WISCONSIN and
ROBERT D. MOODIE,

        Defendants.

ORDER

10-cv-397-wmc

---

        The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(a)(d)(4).

Entered this 22nd day of July, 2010.

        BY THE COURT:

        /s/
        _____
        WILLIAM M. CONLEY
        District Judge