**1**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CONSOLIDATED WATER POWER COMPANY,
                    Plaintiff,
v.                              Case No. 10-CV-397-bbc
0.46 ACRES OF LAND, MORE OR LESS, IN
PORTAGE COUNTY, WISCONSIN, ROBERT D.
MOODIE, and UNKNOWN OTHERS,
                    Defendants.
_____

        DEPOSITION OF ROBERT D. MOODIE,
        witness in the above-entitled action, taken
        under the provisions of Chapter 804,
        Wisconsin Statutes, before Meredith A.
        Kroening, a Notary Public in and for the
        State of Wisconsin, at the offices of
        First Law Group, 2900 Hoover Road, Suite A,
        Stevens Point, Wisconsin on the 28th day of
        April, 2011, commencing at 9:00 a.m. and
        terminating at 11:49 a.m.
                        * * *

**2**

                A P P E A R A N C E S

FOR THE PLAINTIFF:  FOLEY & LARDNER, LLP
                    ATTORNEY MATTHEW D. LEE
                    150 East Gilman Street
                    Madison, WI 53703-1481


DEFENDANT ROBERT D. MOODIE PRO SE

**3**

                        WITNESS INDEX

WITNESS:          EXAMINATION BY:          PAGE:
Robert D. Moodie          Mr. Lee          4 - 128



                        EXHIBIT INDEX


NUMBER:                                  MARKED:


1 - Notice of condemnation                 29
2 - Drawing of five parcels                34
3 - DNR permit                             59
4 - May 22, 2007 letter from Mark Anderson 103
5 - Green Circle Trail agreement           112
6 - Responses to proposed findings of fact 117
(Original exhibits attached to original
transcript; copies attached to transcript copies.)


                        OBJECTION INDEX

BY:                                      PAGE:
(No objections were made during the taking of this
deposition.)




                        REQUESTS

ITEM:                                    PAGE:
Comparables                                75

**4**

                ROBERT D. MOODIE,
        called as a witness, after being first
        duly sworn, was examined and testified
        as follows:
                EXAMINATION
BY MR. LEE:
    Q    Can you state your name -- your full name
         for the record, please?
    A    Robert D. Moodie.
    Q    And can you spell your last name, please?
    A    M-o-o-d-i-e.
    Q    What is your address, Mr. Moodie, your
         home address?
    A    2401 Rainbow Drive, Plover, Wisconsin
         54467.
    Q    And what is your date of birth?
    A    November 15, 1946.
    Q    Are you married?
    A    Yes.
    Q    Do you have children?
    A    Yes.
    Q    How many?
    A    Two.
    Q    We do the easy questions first.  Have you
         ever been deposed before?

## 5

| | | |
|---|---|---|
| 1 | A | Not that I can recall. |
| 2 | Q | I'll give you some basic guidelines for |
| 3 | | the deposition.  I ask that you answer my |
| 4 | | questions with an audible answer like yes |
| 5 | | or no rather than a head nod or a head |
| 6 | | shake or a shrug or something.  Do you |
| 7 | | understand? |
| 8 | A | Yes. |
| 9 | Q | And if at any time you don't understand a |
| 10 | | question that I ask, will you let me |
| 11 | | know? |
| 12 | A | Yes. |
| 13 | Q | And if at any time you feel you need to |
| 14 | | go back and correct one of your previous |
| 15 | | answers, will you let me know so we can |
| 16 | | go back and do that? |
| 17 | A | Yes. |
| 18 | Q | If at any time you need to take a break, |
| 19 | | just let me know, and we can do that.  I |
| 20 | | only ask that if you feel you have to |
| 21 | | take a break and I've submitted a |
| 22 | | question to you, you answer the question |
| 23 | | before we take a break.  Does that sound |
| 24 | | okay? |
| 25 | A | Yes. |

## 6

| | | |
|---|---|---|
| 1 | Q | Do you understand these instructions? |
| 2 | A | Uh-huh.  Yes. |
| 3 | Q | There you go.  I know that you've |
| 4 | | recently had some medical operations, and |
| 5 | | I wanted to make sure that you don't feel |
| 6 | | that any medications you're taking would |
| 7 | | in any way impair your testimony today. |
| 8 | | Would you agree with that statement? |
| 9 | A | Yes. |
| 10 | Q | Is there any reason sitting here today |
| 11 | | that you won't be able to answer my |
| 12 | | questions completely and truthfully? |
| 13 | A | Not unless I don't know the answer. |
| 14 | Q | And if you don't know the answer you just |
| 15 | | say you don't know the answer. |
| 16 | A | Yes. |
| 17 | Q | Okay.  Did you do anything to prepare for |
| 18 | | this deposition? |
| 19 | A | I -- I guess so, yes. |
| 20 | Q | What did you do? |
| 21 | A | Just tried to think ahead of what might |
| 22 | | be coming at me.  I didn't have any |
| 23 | | counsel or anything. |
| 24 | Q | Did you review documents? |
| 25 | A | A few, yes. |

## 7

| | | |
|---|---|---|
| 1 | Q | Which documents did you review? |
| 2 | A | I tried to read the civil procedures. |
| 3 | Q | Okay.  Any other documents? |
| 4 | A | No. |
| 5 | Q | Did you meet with a lawyer? |
| 6 | A | No. |
| 7 | Q | And you're not being represented by a |
| 8 | | lawyer today, correct? |
| 9 | A | That's correct. |
| 10 | Q | You understand you're allowed to have |
| 11 | | counsel present today on your behalf, |
| 12 | | correct? |
| 13 | A | Yes. |
| 14 | Q | You nevertheless have decided of your own |
| 15 | | volition not to have counsel present, |
| 16 | | right? |
| 17 | A | Yes. |
| 18 | Q | Trial is coming up next month.  Do you |
| 19 | | intend to represent yourself at trial? |
| 20 | A | At this point, yes.  It might change. |
| 21 | Q | Let's talk a little bit about your |
| 22 | | background.  What high school did you |
| 23 | | attend? |
| 24 | A | Ripon High School. |
| 25 | Q | In Ripon, Wisconsin? |

## 8

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And when did you graduate? |
| 3 | A | 1965. |
| 4 | Q | Did you attend college? |
| 5 | A | Yes. |
| 6 | Q | What college did you attend? |
| 7 | A | Oshkosh State University. |
| 8 | Q | When did you graduate? |
| 9 | A | 1969. |
| 10 | Q | And what degree did you graduate from |
| 11 | | Oshkosh with? |
| 12 | A | Business administration. |
| 13 | Q | What was your major?  Business |
| 14 | | administration? |
| 15 | A | Right. |
| 16 | Q | Okay.  So you received a bachelor's |
| 17 | | degree in business administration from |
| 18 | | Oshkosh, correct? |
| 19 | A | Yes. |
| 20 | Q | Do you have any further educational |
| 21 | | training beyond that degree? |
| 22 | A | No. |
| 23 | Q | Where are you currently employed? |
| 24 | A | Moodie, Incorporated. |
| 25 | Q | What business does Moodie, Incorporated |

**9**

```
1        perform?
2    A   Trucking business.
3    Q   And when you say the trucking business,
4        what do you mean?
5    A   We haul freight.
6    Q   Would you say that you operate
7        nationally?
8    A   We have authority to run in all 48
9        states, but we are confined mostly to the
10       Midwest.
11   Q   What's your position at Moodie,
12       Incorporated?
13   A   Vice president.
14   Q   And what do your duties entail?
15   A   Office, some bookkeeping, payroll,
16       purchasing.
17   Q   Are you a part owner of the company?
18   A   Yes.
19   Q   Who do you share ownership with?
20   A   My brother.
21   Q   What's your brother's name?
22   A   David.
23   Q   David Moodie, right?
24   A   Right.
25   Q   Did you and your brother start the
```

**10**

```
1        company?
2    A   Yes.
3    Q   What year did you start it?
4    A   1973.
5    Q   And have you worked at Moodie,
6        Incorporated since 1973?
7    A   Yes.
8    Q   Have you had any other jobs since 1973?
9    A   No.
10   Q   What did you do before you and your
11       brother started Moodie, Incorporated?
12       What did you do for a living?
13   A   I did some bookkeeping.  And then I was
14       in the service before that.
15   Q   Where did you do bookkeeping?
16   A   Bluemke in Rosendale, Wisconsin.  I was
17       there for maybe a year.
18   Q   And before that you said you were in the
19       service?
20   A   Right.
21   Q   What branch of the military?
22   A   Army.
23   Q   Did you serve in Vietnam?
24   A   No.
25   Q   Were you in the Army from the time you
```

**11**

```
1        graduated from Oshkosh until you started
2        at Bluemke?
3    A   No.  I think I -- I drove truck in there
4        for maybe a half a year when I got out of
5        the service.  I drove truck for six
6        months or a year, something like that.
7    Q   Let me just make sure I have the
8        chronology correct.  You graduated
9        from --
10   A   Oshkosh.
11   Q   -- Oshkosh State University in 1969?
12   A   I was immediately drafted.
13   Q   And you served for about two years in the
14       Army?
15   A   Uh-huh.
16   Q   Yes?
17   A   Yes.
18   Q   And then you drove a truck for six to 12
19       months?
20   A   Yeah.  Something like that.  Yeah.
21   Q   And --
22   A   Then I went to the hardware store -- it's
23       a hardware store.
24   Q   Bluemke is a hardware store?
25   A   Right.
```

**12**

```
1    Q   You did that for about a year?
2    A   Yeah.
3    Q   And then you and your brother started
4        Moodie, Incorporated?
5    A   Right.
6    Q   And you've been there ever since?
7    A   Right.
8    Q   Now, in your summary judgment response
9        brief you described yourself as -- and
10       I'm quoting -- a private citizen who
11       occasionally invests in real estate
12       ventures for the purpose of profit?
13   A   Right.
14   Q   What do you mean by that?
15   A   I bought raw land here in Plover,
16       subdivided it, 50 lots, sold them.  I
17       bought raw land in Wisconsin Rapids, 200
18       acres on the edge of town, held it for
19       some years, cut the trees, cleaned it up,
20       moved high lines and sold it to the City
21       of Wisconsin Rapids for the east side
22       industrial park.  I did a 15-acre
23       subdivision in Wisconsin Rapids with 20
24       lots and then bought this property in
25       downtown Stevens Point.
```

## 13

1  Q   The property that's the subject of the
2      lawsuit?
3  A   Right.  I had an 84-lot mobile home park
4      in Pensacola, Florida.
5  Q   When you say you had it, did you purchase
6      it?
7  A   Yes, and sold it.  And then I invested in
8      Travis Towers, Houston, Texas, a 22-story
9      office building and parking ramp,
10     downtown Houston.  And I sold that, my
11     share --
12 Q   When did you sell it?  I'm sorry.
13 A   I sold my share of that.
14 Q   So we've got the raw land in Plover, raw
15     land in Wisconsin Rapids, 200 acres.
16     We've got a 15-acre subdivision in
17     Wisconsin Rapids.  We've got the land
18     that abuts the Stevens Point reservoir,
19     which is the subject of this lawsuit.  An
20     84-lot mobile home park in Pensacola,
21     Florida.
22 A   Which I bought and sold.
23 Q   Which you bought and sold.  You owned a
24     portion of the Travis Towers in Houston,
25     Texas, which is a 22-story office

## 14

1      building and parking ramp?
2  A   Right.
3  Q   Any other real estate ventures you've
4      been involved in besides your own
5      personal residential real estate?
6  A   I own some farm land.
7  Q   Where's the farm land?
8  A   I have 35 acres in the Town of Ripon,
9      Fond Du Lac County.  80 acres town of Eau
10     Pleine, Portage County.
11 Q   Town of Plain?
12 A   Eau Pleine, E-a-u --
13 Q   Eau Pleine, okay.
14 A   P-l-e-i-n-e.
15 Q   And is that farm land also?
16 A   Right.  77 acres Town of Rudolph in Wood
17     County.
18 Q   Also farm land?
19 A   Uh-huh.  It's half farm, half recreation.
20 Q   You say recreation.  What do you mean?
21 A   It's the -- I think that's the category
22     that it's being taxed as.  I would guess
23     they call it hunting land, I suppose.
24     Maybe that's why they -- it's taxed
25     higher than the farm land.

## 15

1  Q   Do people hunt on it?
2  A   I don't, but some people do, yeah.
3  Q   Okay.
4  A   I have a one-acre lot in the City of
5      Ripon industrial park.
6  Q   Is it a vacant lot?
7  A   Yes.  Okay.  I think that's it.
8  Q   Have you ever worked in the real estate
9      business?  Strike that.  Have you ever
10     worked for a real estate company?
11 A   No.
12 Q   Are you a licensed real estate agent?
13 A   No.
14 Q   Have you ever done appraisal work?
15 A   Just for myself.  Not -- I never hired
16     out, no.
17 Q   Are you a licensed appraiser?
18 A   No.
19 Q   When you say you did appraisal work for
20     yourself, what do you mean by that?
21 A   Well, I'm capable of going to the
22     courthouses and getting comparables and
23     things like that, same as appraisers do.
24 Q   When you -- can you describe your process
25     of appraising a property, the process you

## 16

1      use?
2  A   Go to the register of deeds, look up
3      properties that were sold, see how much
4      they were sold for and see how they were
5      developed, what use they had.
6  Q   How do you determine whether a piece of
7      property is comparable to a piece of
8      property that you're interested in buying
9      or selling?
10 A   Its location and how it's used.
11 Q   Any other factors that you use?
12 A   I suppose.  I can't think of them right
13     now.
14 Q   I can give you a minute to think about
15     them.  It's of interest to me.
16 A   What features it has.
17 Q   Meaning improvements?
18 A   Yeah.  Characteristics.
19 Q   Topography?
20 A   Uh-huh.
21         (At this time, the court
22         reporter admonished the witness
23         to answer verbally.)
24         THE WITNESS:  Yes.
25         EXAMINATION

17

```
1    BY MR. LEE:
2    Q    Any other factors that you can think of?
3         Right now we've got the location of the
4         property, how the property is used and
5         the features of the property, including
6         the improvements and the topography of
7         the property.
8    A    Sale prices, of course.
9    Q    How do you compare sale prices?  Like
10        what kind of prices are you comparing?
11   A    What a similar property sold for compared
12        to my property or another property that
13        I'm looking at.  I imagine it's the same
14        procedure that an appraiser uses.
15   Q    I think I understand what you're saying,
16        but I just want to clarify.  You look at
17        the sale price of a property you think is
18        comparable based on the factors you just
19        listed, and you take that and determine
20        how much you think your property should
21        or would sell for, correct?  Right?
22   A    I suppose that's what I'm saying.
23   Q    Okay.  That's fine.  The reason I asked
24        you again is because I think we talked
25        over each other, and I wanted to clear it
```

18

```
1         up for the record.
2    A    I don't like answering leading questions
3         but --
4    Q    Well, if I were to go through the list of
5         properties you just gave me that you have
6         an ownership interest in and asked you
7         for what you believe the approximate
8         value of each of those properties are,
9         would you be able to tell me?
10   A    I could tell you what I would sell them
11        for probably.
12   Q    Okay.
13   A    Now, it might be more than what you think
14        they're worth, but that's what they're
15        worth to me.  So --
16   Q    Well, and actually I'm going to go
17        through the properties anyway because I'm
18        not clear on which ones you still own.
19   A    Okay.
20   Q    I'll start with the first one you listed,
21        which is the raw land in Plover, and I'll
22        work my way down the list.  And for each
23        one I'll ask you if you still own it.
24   A    Okay.
25   Q    If you don't still own it, when you sold
```

19

```
1         it and how much you sold it for and, if
2         you do still own it, how much you think
3         it's worth.  Does that sound okay?
4    A    All right.
5    Q    Let's start with the raw land in Plover
6         that you subdivided into 50 lots.  I take
7         it you don't own any of that anymore?
8    A    I don't own any anymore.
9    Q    You sold all 50 lots?
10   A    Right.
11   Q    When did you subdivide that property?
12   A    I'm guessing about 1996 or '7 I started,
13        something like that.
14   Q    And were you the seller of each of the 50
15        lots?
16   A    A broker actually did the paperwork.
17   Q    Each of the buyers bought the lot from
18        you as opposed to some LLC or some third
19        party, correct?
20   A    Right.
21   Q    Obviously, we're not going to go through
22        all 50 lots.  But did you sell the lots
23        for roughly or approximately on average
24        what you thought they were worth?
25   A    Yes.
```

20

```
1    Q    Moving on to the raw land in Wisconsin
2         Rapids, the 200-acre land, you said you
3         held that for a while and then sold it to
4         the City of Wisconsin Rapids for
5         industrial development, correct?
6    A    Uh-huh.
7    Q    Yes?
8    A    Yes.
9    Q    When did you sell it to the city?
10   A    Oh, I -- it was over -- I can't say for
11        sure.  It was in the early '90s.
12   Q    That's fine.
13   A    And it was -- they paid for it over a
14        period of three or four years, too.  They
15        didn't pay for it all at once.
16   Q    Did they buy all 200 acres in one
17        transaction?
18   A    Right.  Right.  But they just delayed
19        payments over, I think, a three-year
20        period or four.
21   Q    Do you recall what the sale price was,
22        approximately?
23   A    500,000.
24   Q    You also said that you owned a 15-acre
25        subdivision in Wisconsin Rapids.  Strike
```

### 21

```
 1          that.  You had had a 15-acre lot that you
 2          subdivided into 20 lots?
 3      A   Right.
 4      Q   And when did you -- when did you
 5          subdivide it?  When did it become
 6          subdivided?
 7      A   It was probably -- probably around the
 8          year 2000, 2001 or '2, in there some
 9          place.  I'm sorry.
10      Q   Approximate dates are fine.  I know we're
11          going back a ways.
12      A   Yeah.  Yeah.
13      Q   And have you sold all 20 lots?
14      A   No.  I sold five.
15      Q   Are the lots all of equal size?
16      A   No.
17      Q   What is the range of the size of the
18          lots?
19      A   Half acre to three-quarter acre.
20      Q   What is the range of prices that you're
21          seeking?
22      A   26, 27 thousand.
23      Q   And the five that you sold, did you get
24          about that price?
25      A   Uh-huh.
```

### 22

```
 1      Q   Yes?
 2      A   Yes.
 3      Q   I'll skip the land that abuts the Stevens
 4          Point reservoir for now.  We're going to
 5          talk about that a lot.  Skip to the
 6          84-lot mobile home park in Pensacola,
 7          Florida.  Now, you said that you
 8          purchased that as one single piece of
 9          land, right?
10      A   Right.
11      Q   Did you subdivide that?
12      A   No.
13      Q   So did you just then lease spots to
14          mobile home residents?
15      A   Right.
16      Q   How long did you own that property for?
17      A   Probably ten years.
18      Q   When did you sell it?
19      A   Let's see.  2005 probably.  Or '4.  2004
20          maybe.
21      Q   Do you recall how much you sold it for?
22      A   825,000.
23      Q   And was that more or less or about the
24          same as what you thought it was worth?
25      A   That's what it was worth.
```

### 23

```
 1      Q   After you sold the mobile home park you
 2          purchased an ownership interest in the
 3          Travis Towers in Houston, Texas, correct?
 4      A   Correct.
 5      Q   How did you get connected with that?
 6      A   I -- I have a friend in Alabama that
 7          is -- knows investment opportunities.
 8          And he told me about it.
 9      Q   How long were you -- how long did you
10          have an ownership interest in that
11          property?
12      A   Probably three years.
13      Q   So you sold it in about 2007?
14      A   Probably.  Or '8.
15      Q   And how much did you sell that for?
16      A   I think -- I think it was -- I think
17          940,000.  I'm not exactly sure on that.
18      Q   And again was that more or less or about
19          what you thought it was worth?
20      A   That's what I thought it was worth.
21      Q   You say you hold 35 acres of farm land in
22          the Town of Ripon?
23      A   Right.  Yes.
24      Q   Right is a fine answer.
25      A   Okay.
```

### 24

```
 1      Q   Just uh-huh or huh-uh don't work well.
 2          And when did you buy that, that farm
 3          land?
 4      A   Year-and-a-half ago.
 5      Q   And how much did you pay for it?
 6      A   120,000.
 7      Q   Are you looking to sell it?
 8      A   Not necessarily.
 9      Q   Not actively?
10      A   No.
11      Q   How much do you think that land is worth
12          right now?
13      A   Probably 130.
14      Q   You also said that you own 80 acres of
15          farm land in the Town of Eau Pleine?
16      A   Yes.
17      Q   When did you buy that?
18      A   Probably 15 years ago.
19      Q   15 years ago?
20      A   Yeah.  At least.
21      Q   So that's 1996?
22      A   Might even have been sooner than that.
23          Maybe 1990 even.  Time goes fast.  1995,
24          somewhere in there.
25      Q   Do you remember how much you paid for it?
```

---

25

1   A   I believe it was 46,000.
2   Q   And how much do you think it's worth now?
3   A   Well, the DNR has been trying to buy it.
4       I've turned down, I don't know, 160 or
5       something.  It's probably worth 200,000.
6   Q   Are you actively trying to sell that
7       property?
8   A   No.
9   Q   You also said you own 77 acres of farm
10      and recreation land in the Town of
11      Rudolph in Wood County; is that correct?
12  A   Correct.
13  Q   And when did you buy that land?  We're
14      almost to the end.  It's this one and one
15      more.
16  A   That's got to be ten years ago.
17  Q   Do you remember what you paid for it?
18  A   60,000.
19  Q   How much do you think it's worth now?
20  A   I'd say 180,000.
21  Q   Have you made any improvements to that
22      property since you bought it?
23  A   I haven't personally, no.  Some people do
24      farm it, and they've improved the land by
25      fertilizing it.  But I've never done

---

26

1       anything.
2   Q   And then finally you said you owned a
3       one-acre vacant lot in the City of Ripon
4       industrial park; is that right?
5   A   That's right.
6   Q   When did you buy that?
7   A   Five years ago.
8   Q   How much did you pay for it?
9   A   It was between 16 and 17 thousand.  Like
10      16,700.
11  Q   What do you think it's worth now?
12  A   I just turned down 30 last week.  I told
13      them 35 is what I'd take.  So I'm not
14      actively trying to sell it either.
15  Q   Okay.  You have a lot of experience
16      buying and selling real estate.  Would
17      you agree?
18  A   Yes.
19  Q   Is there anything else in your background
20      that you think is relevant to this
21      dispute?
22  A   In my background?
23  Q   In your background as a real estate
24      enthusiast.
25  A   In all of these, I think I've done due

---

27

1       diligence before I bought anything.
2   Q   And what do you mean by due diligence?
3   A   Make sure the land is as it's advertised,
4       as it's being sold, you know, that it's
5       worth what I'm paying for it and it
6       has -- I'll leave it there.
7   Q   Do you think that the work you do to
8       appraise property -- well, strike that.
9       Do you think you're as qualified an
10      appraiser as any licensed appraiser?  An
11      appraiser of real estate, I mean.
12  A   State the question again.
13  Q   Sure.  You've spent a lot of time
14      inspecting property, examining property,
15      appraising property.  Would you agree?
16  A   Yes.
17  Q   Do you think you're pretty good at it?
18  A   I've been successful at it.
19  Q   Do you think that your ability to
20      appraise a property is equal to, say, a
21      licensed appraiser?
22  A   I think my ability is -- I know I don't
23      have the procedures that they use,
24      necessarily.  But I think I'm pretty
25      thorough at it.

---

28

1   Q   What procedures do you think licensed
2       appraisers or professional appraisers use
3       that you don't use?
4   A   Well, they weight things and they take --
5       they equate this property to this
6       property.  And they say, this is only
7       worth 70 percent of that.  And I don't
8       know all their little gimmicks and rules
9       that they use to get that and why they're
10      even relevant.  You know, that's what
11      they do.
12          Maybe I do it in my head.  But
13      these little gimmicks of, like I said,
14      weighing one against the other, and this
15      is only worth 90 percent of that, I don't
16      know how they come up with that.  That's
17      something that's fairly subjective on
18      their part.  But I guess that's their
19      accepted way of doing things.  I don't
20      necessarily go along with it.
21  Q   Do you think your appraisal method is
22      more objective than a licensed
23      appraiser's?
24  A   Just as.
25  Q   Just as objective?

---

29

1   A   Yes.  The gimmicks they're using with
2       taking this as a percentage of that or,
3       you know, instead of looking for
4       identical or nearly identical pieces of
5       property, they're taking the easy way out
6       and then applying these factors to it
7       that I don't think are too relevant so --
8           MR. LEE:  Okay.
9           (Moodie Exhibit No. 1 marked for
10              identification.)
11              EXAMINATION
12  BY MR. LEE:
13  Q   Showing you what's been marked Moodie
14      Exhibit 1, take a minute to review it if
15      you'd like.  Please don't mark on it,
16      though.
17  A   Okay.
18  Q   Do you recognize Exhibit 1?
19  A   Yes.
20  Q   Can you tell me what it is?
21  A   Notice of condemnation.
22  Q   And there's an exhibit to Exhibit 1,
23      correct?
24  A   Correct.
25  Q   Exhibit A, correct?

30

1   A   Correct.
2   Q   Do you recognize the document attached as
3       Exhibit A?
4   A   Yes.
5   Q   Can you tell me what it is?
6   A   It's a survey of the proposed
7       condemnation land.
8   Q   Performed by Badger-Land Surveying,
9       correct?
10  A   Right.
11  Q   Do you recall being served with the
12      notice of condemnation at the beginning
13      of the lawsuit?
14  A   Yes.
15  Q   Just to talk about terminology for the
16      purposes of the deposition, I would like
17      to refer to this land marked parcel B,
18      delineated as parcel B, on, I guess, page
19      4 of Exhibit 1 as either parcel B or the
20      Moodie parcel.  Is that okay with you?
21  A   Fine.
22  Q   And then I'm going to refer to parcel A,
23      and we're not going to have many
24      questions on that as parcel A or the
25      anonymous parcel.  Is that okay with you?

31

1   A   That's okay.
2   Q   Now, there's no dispute, as far as you
3       know, that all of the land, I guess,
4       north of this northern boundary of parcel
5       B is owned by you, correct?  The land
6       abutting parcel B to the north you own,
7       right?
8   A   That's correct.
9   Q   There's no dispute as to that, right?
10  A   No.
11  Q   And there's no dispute that Consolidated
12      Water Power Company is not trying to
13      condemn or otherwise acquire any of that
14      land, correct?
15  A   Correct.
16  Q   Okay.  I'd like to refer to all the
17      upland property as your land or the
18      upland property.  Is that okay?
19  A   That's okay.
20  Q   The point is, will you know what I'm
21      talking about if I refer to all these
22      things as I've just described?
23  A   Sure.
24  Q   Okay.  Good.  Now, you claim -- referring
25      you back to page 4 of Exhibit 1, you

32

1       claim that you own parcel B, correct?
2   A   That's correct.
3   Q   Are there any other owners besides you?
4   A   No.
5   Q   Referring to parcel A, you do not claim
6       to own any portion of that parcel,
7       correct?
8   A   No.
9   Q   Do you have any idea who, if anyone,
10      might own that parcel?
11  A   No, I don't.
12  Q   Do you believe that Consolidated Water
13      Power Company owns it?
14  A   No.
15  Q   By the way, if I refer to Consolidated
16      Water Power Company as CWPCo, will you
17      know what I'm talking about?
18  A   Yes, I do.
19  Q   You are not challenging CWPCo's adverse
20      possession of parcel A?
21  A   No, I'm not.
22  Q   You're not challenging CWPCo's right to
23      take parcel A under the Federal Power
24      Act, correct?  You're not challenging
25      that?

### 33

1    A    I'm not challenging it, and I'm not
2         condoning it.
3    Q    Okay.  Now, when you acquired parcel B
4         you acquired it by deed, correct?
5    A    Correct.
6    Q    Warranty deed?
7    A    Correct.
8    Q    And did you -- strike that.  You acquired
9         all of parcel B in one transaction,
10        correct?
11   A    Along with the balance of the 2.9 acres
12        in that parcel, right.
13   Q    Right.  The point being is that you
14        didn't -- you didn't acquire, like, half
15        of parcel B with one purchase and the
16        other half in another purchase, right?
17   A    That's correct.
18   Q    Do you have an opinion on the total
19        acreage of parcel B?
20   A    No.
21   Q    CWPCo and its surveyors have estimated
22        parcel B to be approximately 0.41 acres
23        in size.  Do you have any reason to
24        dispute that?
25   A    No.

### 34

1    Q    Now, there are no buildings located on
2         parcel B, correct?
3    A    Correct.
4    Q    There are buildings located on your
5         upland property, though, correct?
6    A    Correct.
7    Q    How many buildings are there?
8    A    Two.
9    Q    Can you describe one of them and
10        approximately where they sit on the
11        upland property?
12   A    There's a freight terminal building
13        that's two sections.  One of the sections
14        is 36 by 62.  The other section is about
15        40 by 42.  It's on the parcel of land
16        that I acquired with parcel B.
17              (Moodie Exhibit No. 2 marked for
18              identification.)
19              EXAMINATION
20   BY MR. LEE:
21   Q    Showing you what's been marked Moodie
22        Exhibit 2, you can take a minute to
23        review that if you'd like.
24   A    Okay.
25   Q    Have you seen Exhibit 2 before?

### 35

1    A    Yes.
2    Q    Did you create Exhibit 2?
3    A    Yes.
4    Q    Can you tell me what it is?
5    A    It's a drawing -- not a survey, but a
6         drawing -- pretty accurately, of the five
7         different parcels that I assembled on the
8         Wisconsin River downtown Stevens Point.
9    Q    Okay.  Can you point out, without marking
10        on Exhibit 2, approximately where the
11        freight terminal building is located?
12   A    It's on the first parcel that I acquired
13        on the map -- on my drawing.  It's
14        labeled number 1.
15   Q    Is it down near the river?  Is it up
16        towards the street?
17   A    It's in this area right here
18        (indicating).
19              MR. LEE:  So let the record
20        reflect that Mr. Moodie just indicated an
21        area right around where the number
22        8-14-98 is located.
23              EXAMINATION
24   BY MR. LEE:
25   Q    Did I describe that accurately?

### 36

1    A    It's close enough.
2    Q    That's where the freight building is
3         located.  You said there was another
4         building on the property, correct?
5    A    Correct.
6    Q    And where is that located?
7    A    It's on the drawing labeled parcel number
8         5.
9    Q    And can you point out again where on the
10        drawing that would be located?
11   A    Right here (indicating).
12              MR. LEE:  Let the record reflect
13        Mr. Moodie just indicated the narrow
14        shaded area up near West Clark Street.
15              EXAMINATION
16   BY MR. LEE:
17   Q    Is that correct?
18   A    Correct.  The address is 165 West Clark,
19        of the building.
20   Q    Does the freight terminal building have
21        an address?
22   A    It did, I think, originally.  And it was,
23        I think, maybe 133 West Clark.
24   Q    Okay.  And you said this is in downtown
25        Stevens Point?

37

```
 1    A    Yeah.  I guess that's open for
 2         interpretation, too.
 3    Q    How many -- how many acres in total do
 4         you own on West Clark Street?
 5    A    5.083 is what I believe the survey shows.
 6    Q    I want to quickly walk through each of
 7         the parcels, their purchase dates and
 8         purchase prices, just so that I know I
 9         have the accurate information.  Okay?
10              I'll start with what's marked on
11         Exhibit 2 as parcel number 1.  It states
12         that you acquired it on August 14, 1998,
13         correct?
14    A    Correct.
15    Q    And is that the correct date?
16    A    I believe it is.
17    Q    And you purchased -- the purchase price
18         for lot number 1 was $80,500.00, correct?
19    A    Correct.
20    Q    Moving on to parcel number 2, Exhibit 2
21         notes that you acquired it March 26,
22         1999, correct?
23    A    Correct.
24    Q    And as far as you know, is that an
25         accurate date?
```

38

```
 1    A    Correct.
 2    Q    And the purchase price for lot number 2
 3         was $80,000.00 even, correct?
 4    A    Correct.
 5    Q    Moving on to lot number 3, Exhibit 2
 6         indicates that you acquired it on August
 7         20, 1999, correct?
 8    A    Correct.
 9    Q    Is there any reason to think that the
10         actual purchase date was some time in
11         October of 1999, to your recollection?
12    A    I -- I can't say one way or another.
13         I -- I thought this was correct.  But --
14    Q    Okay.
15    A    I'd have to check that.
16    Q    For these purposes that's fine.  And the
17         purchase price of lot number 3 was
18         $7,300.00, correct?
19    A    I'm not exactly sure on that either.  It
20         was in that range.  Might have been
21         7,500.  I can't remember for sure on that
22         right now.
23    Q    Is there a -- how is the purchase
24         documented?  Strike that.  How did you
25         acquire the property, lot number 3?
```

39

```
 1    A    Quitclaim deed.
 2    Q    Quitclaim deed?
 3    A    From the railroad -- from -- I bought it
 4         from the railroad, but it was handled by
 5         some firm they used in Chicago.
 6    Q    Would the quitclaim deed have the sale
 7         price on there?
 8    A    It should have, I would guess.
 9    Q    Okay.  Any reason to think that, assuming
10         that's the case, that that sale price is
11         inaccurate?
12    A    It's very close.  It's 7,300 or 7,500 or
13         in there somewhere.
14    Q    Well, let me put it this way.  I'm not
15         trying to -- this isn't a point of
16         disagreement.  I just want to make sure
17         that the amount -- assuming the amount is
18         listed on the quitclaim deed, is it fair
19         to say that that's how much you paid for
20         lot number 3?
21    A    I would hope so.
22    Q    That's fine.
23    A    I've got canceled checks, too, that I can
24         get back to.
25    Q    That's fine.  If that becomes necessary
```

40

```
 1         I'll ask you about it.
 2    A    Okay.
 3    Q    Moving on to lot number 4 on Exhibit 2,
 4         Exhibit 2 states that you acquired it on
 5         February 22, 2000.  Is that correct?
 6    A    That's correct.
 7    Q    And as far as you know, that is, in fact,
 8         the date you acquired lot number 4?
 9    A    As far as I know.
10    Q    The purchase price was $47,700.00,
11         correct, for lot number 4?
12    A    I think that's correct.
13    Q    I see lot number 4 abuts West Clark
14         Street directly.  Are there any buildings
15         on lot number 4?
16    A    Not anymore.
17    Q    Moving on to lot number 5, Exhibit 2
18         states that you purchased lot number 5 on
19         December 21, 2001, correct?
20    A    Correct.
21    Q    As far as you know, is that the date of
22         the purchase?
23    A    Right.
24    Q    And the purchase price for lot number 5
25         was $100,000.00, correct?
```

41

```
 1    A    Correct.
 2    Q    So in total you made five purchases over
 3         approximately 40 months?
 4    A    Correct.
 5    Q    And in total you spent approximately
 6         $315,000.00 on those five parcels, right?
 7    A    Approximately, right.
 8    Q    Now, other than -- I'm going to pull
 9         Exhibit 1 in front of you.  Other than
10         parcel B on page 4 of Exhibit 1, you
11         understand that CWPCo's position is that
12         none of this other land that you claim
13         ownership to is necessary to the
14         operation of the Stevens Point Hydropower
15         Project.  Do you understand that to be
16         their position?
17    A    It may be their position.
18    Q    Do you understand that to be their
19         position?
20    A    At this point, yes.
21    Q    Okay.  Do you agree?
22    A    Do I agree --
23    Q    Do you agree that, looking at Exhibit 2,
24         lots 2, 3, 4 or 5 are not necessary to
25         the operation of the Stevens Point
```

42

```
 1         Hydropower Project?
 2    A    No.  I won't make that assumption, no.
 3    Q    So you don't agree?
 4    A    I don't have an opinion right now one way
 5         or the other.
 6    Q    What do you mean by that?
 7    A    In dealing with CWPCo, they have always
 8         stated that they need lots of land to
 9         satisfy the need to provide access and
10         recreation, whatever, to the public.  And
11         they may need that.  I don't know.
12    Q    They may need your upland property to
13         accomplish that stated goal, correct?
14    A    Right.  Well, it's the requirement by
15         FERC, as I understand, that they provide
16         land for the public.
17    Q    All right.  Are there any specific
18         reasons that they would need your upland
19         property -- and by that, I'm referring to
20         everything you own except parcel B -- to
21         accomplish that purpose?  Is there any
22         specific reason why you think that would
23         be the case?
24    A    That's what they've always told me
25         throughout the years, that they need lots
```

43

```
 1         of land to satisfy their requirements of
 2         FERC to provide public access.  They may
 3         need that.  I don't know.
 4    Q    Just to be clear, they have never told
 5         you they need your land other than parcel
 6         B?
 7    A    They've told me they need all the other
 8         land they ever had, even the land they
 9         sold.
10    Q    Just not the upland property?
11    A    Uh-huh.
12    Q    Yes?  They've never represented to you
13         that they have needed anything that you
14         own other than parcel B?
15    A    Right.
16    Q    Okay.  What do you currently use the
17         upland property for?
18    A    I have a few things stored in the
19         buildings.  But I'm not -- you know, I
20         don't need to be using it at all.  It's
21         just there so I do use it.
22    Q    Does Moodie, Incorporated make any use of
23         the upland property?
24    A    No.
25    Q    The stuff you store in the buildings, is
```

44

```
 1         it your personal items?
 2    A    Yes.  And a friend of mine stores a few
 3         things there, too.
 4    Q    Do you ever use the property for
 5         recreation?
 6    A    No.
 7    Q    Have you ever leased any portion of the
 8         upland property?
 9    A    I've rented out some space in the freight
10         terminal right now.
11    Q    Storage space?
12    A    Storage space, yes.
13    Q    Who do you rent it out to?
14    A    You want the name or --
15    Q    Sure.
16    A    Mark Sprede.  He's a contractor.  He just
17         stores some building materials or tools
18         there, some things.
19    Q    How much do you charge him?
20    A    He's paying $50.00 a month.
21    Q    Do you lease any portion of the property
22         to anybody other than Mr. Sprede?
23    A    No.
24    Q    Have you ever?
25    A    No.  Well, he works with somebody -- a
```

45

```
 1              company called Precision Glass.  And the
 2              two of them together have used it.  I
 3              don't know.  It's the same -- you know,
 4              they're in the glass business.
 5              Mr. Sprede puts in windows, commercial
 6              windows in hospitals and things.
 7        Q     But the only thing you have ever leased
 8              to him is storage space in the freight
 9              building, right?
10        A     Right.  Well, there was a building on
11              number 2 which is gone now.  They were
12              using that, and now they moved the stuff
13              to the freight --
14        Q     Okay.  Okay.  Can you show me on Exhibit
15              2 where the building that used to be on
16              lot number 2 was located?
17        A     It was right behind the parcel 4.
18        Q     Okay.
19        A     Right here (indicating).
20        Q     And what was there?  Like a house?
21        A     No.  It was a metal building.
22        Q     Did it have a foundation?
23        A     Yeah.  Well, no.  It had a slab.
24        Q     Okay.
25        A     It's a steel building sitting on a slab.
```

46

```
 1        Q     Is the slab still there?
 2        A     Slab is still there.
 3        Q     When did you demolish that?
 4        A     I started last -- late last fall.
 5        Q     It's gone now completely?
 6        A     It's gone now, yeah.
 7        Q     So you never leased any of the vacant
 8              land on the upland property to anybody?
 9        A     No.
10        Q     You undertook remediation efforts on the
11              upland property after you purchased it,
12              right?
13        A     Right.
14        Q     Can you describe what you did?
15        A     I discovered an underground storage tank.
16              I think it was 500 gallons.  Determined
17              it was used for gasoline and had once had
18              a dispenser on it.  And I had the fire
19              department come.  We dug it up and had an
20              engineering company work with me to test
21              all the soil, clean it up.  We ended up
22              hauling contaminated soil out and got
23              closure from the DNR.
24        Q     Did you know that the underground storage
25              tank was there when you bought the
```

47

```
 1              property?
 2        A     No.
 3        Q     Can you show me where on Exhibit 2 the
 4              underground storage tank was located?
 5        A     It was probably about right there
 6              (indicating).
 7        Q     Right about the D on acquired on lot 2?
 8        A     Right.
 9        Q     Did you sue the seller?
10        A     No.
11        Q     Did you get the seller to help you pay
12              for it?
13        A     No.
14        Q     Did anyone help you pay for it?
15        A     It qualified for the PEPFA clean-up fund
16              because it was used to dispense gasoline.
17        Q     Did you have to pay any money out of your
18              pocket?
19        A     7,500.
20        Q     That's in total for the remediation
21              efforts?
22        A     Right.
23        Q     What did you have to pay for
24              specifically?
25        A     I think that was the -- I think the total
```

48

```
 1              cost must have been 50 or 60 thousand.
 2              But the way I understood it at the time
 3              that I had to pay the first 7,500, and
 4              PEPFA paid the rest, is the way I
 5              understand it.
 6        Q     Did you have to do any other remediation
 7              work on any portion of the upland
 8              property?
 9        A     No.  That was all done before I bought
10              it.  And there was some gravel in this
11              area that I think had some diesel fuel or
12              something in it.  But that was closed
13              before I bought it so --
14        Q     And for the record, you just referred to
15              an area on lot number 1 between the
16              number 1 as indicated on the drawing and
17              the border with lot number 2, correct?
18        A     Right.  As far as I understand, that's
19              the way it was, yeah.
20        Q     But after you -- at the time you
21              purchased it, the gravel was gone and the
22              diesel fuel was cleaned up?
23        A     And I had closure from the DNR before I
24              bought it.
25        Q     Okay.
```

---

49

```
 1    A    The seller provided it.
 2    Q    What other changes did you make to the
 3         upland property after you purchased it?
 4    A    Shortly after I bought the first couple
 5         parcels, Clark Street, which is Highway
 6         10 at the time, was redone, and the
 7         bridge was rebuilt crossing the river.
 8         And while they had the road tore up, I
 9         requested that they put in oversized
10         water mains and sewer lateral into the
11         property so if we put condominiums or
12         some other development in there we had
13         services already into the property.  And
14         I think that was, like, $5,000.00,
15         something like that.
16    Q    $5,000.00 for sewer and water lines?
17    A    Yeah.  The lateral -- the oversized
18         laterals.  Now, where the lots previously
19         existed, they -- they replaced those with
20         a standard --
21    Q    Just don't mark on it.
22    A    I'm sorry.
23    Q    That's okay.
24    A    -- with a standard three-quarter-inch
25         copper and four-inch sewer lateral.  So
```

---

50

```
 1         those were replaced at no cost because
 2         they were standard.  But the oversized I
 3         had to pay for, and the sewer drains to
 4         the west.  So the lowest point that I
 5         could hook onto was here (indicating)
 6         where the number 14 is.
 7    Q    Okay.
 8    A    So that's where the oversized sewer and
 9         water laterals are.
10    Q    Since you just referenced that area of
11         the drawing, what is this kind of
12         rectangular-shaped lot, I guess, for lack
13         of a better word, with 59 -- it's labeled
14         as having 59 feet of street frontage?
15    A    There's a house there.
16    Q    Is it occupied?
17    A    Yes.
18    Q    Referring to parcel B on Exhibit -- page
19         4 of Exhibit 1, what do you use parcel B
20         for?
21    A    River access.
22    Q    And what do you mean by river access?
23         Just with a boat?
24    A    No.  Water frontage is nice to have.
25    Q    Well, I certainly agree.  I'm just
```

---

51

```
 1         wondering what you use it for.
 2    A    I'm not using it for anything right now.
 3         It's part of the property.  This -- all
 4         this land is -- is an investment.  That's
 5         what it is.  It's an investment.  That's
 6         what I use it for.
 7    Q    Okay.  So you don't, like, fish off the
 8         dike?
 9    A    I don't fish.
10    Q    You don't put canoes in off the dike?
11    A    I don't do any boating.  I don't have
12         time.
13    Q    Have you used the property for
14         anything -- I'm sorry.  Have you used
15         parcel B for anything since you bought
16         it?
17    A    No.  It's just an investment.
18    Q    What actions -- now, obviously, there is
19         a -- an earthen dike and a drainage ditch
20         on parcel B, correct?
21    A    Correct.
22    Q    What actions have you taken to maintain
23         the integrity of the dike and the ditch?
24    A    I reinforced the water side of the dike
25         with riprap that was out into the river.
```

---

52

```
 1         I brought it back up and built up the
 2         riprap.
 3    Q    And you contend that you did that over
 4         the course of a couple of days in August
 5         of 2008?
 6    A    Correct.
 7    Q    And just to be clear, the water had been
 8         drawn down, and you used the opportunity
 9         to take stones from the river bed and put
10         them on the embankment, correct?
11    A    Against the embankment.
12    Q    Against the embankment?
13    A    Correct.
14    Q    And this is the only time that you ever
15         did that work, right?
16    A    Correct.
17    Q    How many rocks do you think you moved?
18    A    I hate to guess.
19    Q    Ten?
20    A    Ten?  No.
21    Q    More?
22    A    Oh, I bet you a thousand.
23    Q    1,000?
24    A    Probably.  It's 300 feet.
25    Q    So on this occasion in August of 2008,
```

---

## 53

1        you moved -- you reinforced the riprap on
2        the earthen embankment all up and down
3        parcel B, correct?
4  A    Correct.  I didn't count how many rocks I
5        moved.
6  Q    That's fine.  You can just give me an
7        estimate.
8  A    Well, you can see by the pictures how
9        many rocks I moved.
10  Q    Since you bought parcel B, did you ever
11        clear vegetation from it?
12  A    No.
13  Q    Did you ever spread gravel or granite or
14        other stones on the trail?
15  A    I did not, no.
16  Q    Did you ever monitor the dike or ditch
17        for stability?
18  A    I've walked it and looked for seepage and
19        things, yes.
20  Q    Did you ever find any seepage?
21  A    No.
22  Q    Did you ever find any erosion?
23  A    No.  Well, when I put the rocks against
24        the earth I did find holes on the other
25        side.  And I did plug those with rocks,

## 54

1        too.
2  Q    On the other side -- sorry.
3  A    On the upland side of the dike.
4  Q    Meaning on the slope leading down into
5        the ditch, correct?
6  A    Right.
7  Q    When you say holes, what kind of holes
8        did you find?
9  A    I don't know.  Two-, three-, four-inch
10        holes.  I just dropped rocks in it.  They
11        might have been animal holes or
12        something.  But there wasn't that many.
13  Q    How many times did you do that, drop
14        rocks into holes?
15  A    I did it one time.  And I'm not sure how
16        many holes I did.  Probably five, six
17        holes, something like that.
18  Q    You intend to develop the upland
19        property, correct?
20  A    Not necessarily.
21  Q    What do you mean by that?
22  A    I'm -- it was a speculation.  If anybody
23        else wants to develop, I'd be more than
24        willing to sell it.
25  Q    At one time your intention was to build a

## 55

1        condominium complex on the upland
2        property, right?
3  A    Me personally build it?  Not necessarily.
4  Q    I'm not thinking you're out there with
5        bricks and mortar, but I'm thinking you
6        would have contracted with a developer to
7        build a condominium complex, right?
8  A    Not necessarily.
9  Q    What were your development intentions?
10  A    To either do it myself or sell it to
11        somebody that wanted to do it.
12  Q    So you never had a set plan for what you
13        thought was going to be built on the
14        upland property, correct?
15  A    I knew it was a wonderful place for
16        condominiums because of what was
17        happening in other cities at the time.
18        Condominium complexes in the downtown
19        area where you are within walking
20        distance and all kinds of stores and
21        things, that was popular in the early
22        2000s and even beyond that so --
23  Q    Is it popular anymore?
24  A    Pardon me?
25  Q    Is it popular anymore?

## 56

1  A    I don't think so.
2  Q    Are condos popular anymore?
3  A    I don't know.  In 2007, as you know, I
4        contracted with someone to promote it
5        because I could see the end coming.  And
6        I thought we'd try and get somebody else
7        in there that could move faster than me.
8  Q    That's J.L. Fischer, Inc.?
9  A    Yeah.
10  Q    You engaged J.L. Fischer, Inc. to find a
11        developer to help you develop your land,
12        right?
13  A    No.  To find somebody that would buy the
14        property and develop it themselves was
15        what I was primarily interested in.
16  Q    So is J.L. Fischer, Inc. a broker of
17        commercial real estate?
18  A    He had a lot of connections with
19        developers.
20  Q    So would he have -- would J.L. Fischer,
21        Inc. have acted as broker for the
22        property?
23  A    I suppose you could call him that, yeah.
24  Q    What would you call him?  Doesn't matter
25        what I would call him.

57

```
 1    A    I don't know how you define a broker, I
 2         guess, is what I don't want to commit to.
 3         You know, is that somebody that works on
 4         percentage?  What's a broker?
 5    Q    Fair enough.  What exactly did you want
 6         J.L. Fischer, Inc. to do with respect to
 7         the property?
 8    A    For a set fee he was going to promote it
 9         to up to 30 people that had done projects
10         in Illinois and Wisconsin.  And it may
11         have worked.  It may not have worked, you
12         know, so -- but I had to stop him from --
13    Q    Would he -- would he have negotiated the
14         sale, or would you have done that
15         directly?
16    A    He would have brought me interested
17         parties, and we would have worked
18         together.
19    Q    So J.L. Fischer, Inc. was retained to
20         market the property, correct?
21    A    Correct.
22    Q    And basically act as deal maker, correct?
23    A    Correct, I suppose, yeah.
24    Q    Yeah.  But then -- but he was -- strike
25         that.  J.L. Fischer, Inc. was to receive
```

58

```
 1         a fixed fee regardless of whether the
 2         sale -- a sale occurred?
 3    A    Correct.
 4    Q    Was J.L. Fischer then to act as your
 5         agent in negotiations?
 6    A    No.
 7    Q    You would have handled that directly,
 8         right?
 9    A    Right.
10    Q    Okay.  Did J.L. Fischer, Inc. locate any
11         interested developers?
12    A    I stopped him before he could get going.
13    Q    How long did he work to do that?  He,
14         meaning J.L. Fischer, Inc.
15    A    He didn't work at all because I just
16         returned a contract to him when I
17         received the letter from CWPCo telling me
18         that they would oppose any sale or
19         development of my property.  So at that
20         point I didn't know what I had to sell.
21         And I couldn't -- how could I promote the
22         land when I didn't know what I was
23         selling.  Nobody was knowing what they
24         were buying so --
25    Q    Did you pay J.L. Fischer, Inc. anything?
```

59

```
 1    A    Not as a part of that.  I paid him
 2         $250.00 for a meeting that he set up one
 3         time.
 4    Q    Related -- was the meeting related to the
 5         property?
 6    A    Indirectly, yeah.
 7    Q    Can you just describe what --
 8    A    It was with a law firm.
 9    Q    Okay.
10    A    Discussing this --
11    Q    This dispute?
12    A    This situation, right.
13    Q    And you never signed a contract to
14         develop the land, correct?
15    A    To develop it, no.
16              (Moodie Exhibit No. 3 marked for
17              identification.)
18              EXAMINATION
19   BY MR. LEE:
20    Q    Showing you what's been marked Moodie
21         Exhibit 3, take a moment to examine it,
22         if you like.
23    A    Okay.
24    Q    Do you recognize this document?
25    A    Yes.
```

60

```
 1    Q    Can you tell me what it is?
 2    A    It's a permit from the DNR to fill the
 3         property, bring it out of the flood
 4         plain.
 5    Q    You say it's a permit.  To me it just
 6         looks like a cover letter to a permit; is
 7         that correct?
 8    A    Yes.
 9    Q    Okay.  I'll represent to you that I took
10         this page out of your summary judgment --
11    A    Okay.
12    Q    -- exhibits.
13    A    Okay.
14    Q    Do you recall including this with your
15         summary judgment exhibits?
16    A    Yes.
17    Q    Now, your application to the DNR --
18         strike that.  What specifically were you
19         asking the DNR for permission to do?
20    A    To bring the property out of the flood
21         plain.
22    Q    And by the property, you're referring
23         just to the upland property, correct?
24    A    Right.
25    Q    What do you mean by bring the property
```

61

```
1            out of the flood plain?
2     A      Well, the property -- parts of the
3            property was classified as being in the
4            hundred-year flood plain.  And the DNR
5            granted me permission to bring enough
6            fill in there that it would not be in the
7            flood plain anymore.
8     Q      In other words, you're going to raise the
9            level of the ground, correct?
10    A      I have permission to, yes.
11    Q      Have you done that?
12    A      No.
13    Q      And the DNR issued you a permit to
14           perform that work?
15    A      Right.
16    Q      The permit the DNR issued you did not
17           grant you the right to grade any portion
18           of parcel B, correct?
19    A      Right.  We didn't ask to.
20    Q      Okay.  And as we sit here today, that's
21           not part of the grading project?
22    A      No.
23    Q      Correct?
24    A      No.
25    Q      Getting back to Exhibit 3, looking at the
```

62

```
1            second full paragraph --
2     A      Okay.
3     Q      -- I'm attaching a copy of your permit
4            which lists the conditions which must be
5            followed.  A copy of the permit must be
6            posted for reference at the project site.
7            Please read your permit conditions
8            carefully so that you are fully aware of
9            what is expected of you.
10    A      Right.
11    Q      I read that correctly?
12    A      Right.
13    Q      What conditions were included in the
14           permit?
15    A      I have to put the erosion fence, the silt
16           fence, around the perimeter.  You have to
17           inspect it once a week or something like
18           that, make sure the fence isn't breached,
19           those kinds of conditions.
20    Q      Are there any conditions in the permit
21           with respect to parcel B?
22    A      No.
23    Q      Do you intend to start the fill work any
24           time soon?
25    A      Not until this is resolved.
```

63

```
1     Q      This meaning the lawsuit?
2     A      Right.
3     Q      Switching gears a little bit, you stated
4            in your summary judgment brief that the
5            City of Stevens Point is, and I'm
6            quoting, eager to rezone, end quote, the
7            upland property, including parcel B.
8     A      Right.
9     Q      Do you recall saying that?
10    A      Yes.
11    Q      What do you mean by that, that they're
12           eager to rezone?
13    A      Well, we had at the time a community
14           development person, whatever the title
15           was.  Name was John Gardner.  And they
16           were eager, as any city is, to get
17           properties cleaned up and, you know,
18           buildings on to raise their tax base.
19    Q      What time frame are we talking about
20           here?
21    A      For what?  When did he say that?
22    Q      Yes.
23    A      He's been gone probably two years.  So it
24           was ever since I brought it up till two
25           years ago or whenever he left.  I haven't
```

64

```
1            talked to his replacement.  I'm not even
2            sure they have one anymore.
3     Q      The property is zoned industrial,
4            correct?
5     A      Correct.
6     Q      And what do you think the City wants to
7            rezone it as?
8     A      Well, they would love to have
9            condominiums there or businesses, you
10           know, office-type businesses.  You know,
11           it could be a nursing home.  It could be
12           condominiums or, you know, lawyers
13           offices.
14    Q      God forbid, right?
15    A      Huh?
16    Q      God forbid, right?
17    A      Well, as long as the courthouse is
18           uptown, you know, it's a good spot.  That
19           might be changing, too.  They're talking
20           about building a new courthouse so --
21    Q      Well, have you ever applied for a
22           rezoning permit?
23    A      No.
24    Q      Has anyone?
25    A      No.
```

---

65

1  Q   For the this property, I mean.
2  A   No.
3  Q   Other than what we've talked about
4      just --
5  A   I don't want to commit to any zoning
6      until I know, you know, what the future
7      buyer wants to do with it.
8  Q   Understandable.
9  A   Yeah.
10 Q   Is there anything else about your past,
11     present or future use of the property,
12     including parcel B, that you think is
13     relevant to the issues in this lawsuit?
14     I'm specifically discussing your use of
15     the property.
16 A   I'm not sure I understand the question.
17 Q   Sure.  I mean, we've talked about --
18     we've talked about the condition the
19     property was in when you bought it, all
20     the steps you took to clean it up and
21     make it presentable for developers.
22     We've talked about the stones you placed
23     against the embankment down by the river.
24     And we've talked about your intentions to
25     raise the upland property out of the

---

66

1      flood zone, right?
2  A   Right.
3  Q   Is there anything -- and we've talked
4      about some other issues, too.  But is
5      there anything that we haven't talked
6      about that you think is relevant that you
7      intend to present evidence on at trial
8      related to your use of any portion of the
9      land you own?
10 A   The exclusive use of the water frontage
11     to any project, I think, is very
12     important.
13 Q   The exclusive use of water frontage to
14     any project is important.  What do you
15     mean by that?
16 A   Anything that is used -- might go on the
17     property, the exclusive use of the water
18     frontage to that project could be very
19     important.
20 Q   When you say exclusive use -- strike
21     that.  Important to what?  To the
22     valuation?
23 A   To the valuation, to the users, the
24     future users.
25 Q   Okay.  Anything -- anything else that you

---

67

1      think is relevant?
2  A   I can't think of anything right now.
3          MR. LEE:  Okay.  Why don't we
4      take a break for five minutes?
5          THE WITNESS:  Sure.
6          (At this time, a brief recess
7          was taken.)
8          EXAMINATION
9  BY MR. LEE:
10 Q   Setting aside the issue of adverse
11     possession, okay, do you understand that
12     the purpose of this legal proceeding is
13     to determine the amount of just
14     compensation that you will be awarded for
15     CWPCo's taking of parcel B?
16 A   Correct.
17 Q   And do you understand that the award that
18     you're going to get is referred to as
19     just compensation?
20 A   Right.
21 Q   What do you think you should receive in
22     just compensation for parcel B?
23 A   I have no idea.  And I don't think I need
24     to come up with an answer.  I think CWPCo
25     should buy the whole thing and sell what

---

68

1      they don't want.  I don't think I should
2      have to take the risk of finding out
3      later how much I lost.
4  Q   How much do you think CWPCo should pay
5      for the entire 5.083 acres?
6  A   Well, I went through what I've got in it,
7      year by year and added a return of six
8      percent.  And it comes up close to a
9      million dollars just to recover what I've
10     got in there and a reasonable return on
11     my investment.  That's the bare minimum
12     it should be.
13 Q   When you say the amount you've got in it,
14     what are you referring to?
15 A   What I paid for it, what I paid for
16     taxes, what I paid for clean-up, all the
17     years I've plowed snow, mowed the lawns.
18 Q   You testified earlier that the five -- in
19     the five purchases of the five lots, you
20     spent approximately $315,000.00, correct?
21 A   Correct.
22 Q   How much have you paid in taxes on that
23     land since you acquired it?  I don't need
24     an exact number just --
25 A   Well, the first couple years I think the

---

69

```
 1        taxes were around 3,000 or so.  But
 2        they're up over 5 now.  How many years
 3        has it been?  12 or 13 years.  I'd say
 4        the average of four or five thousand
 5        dollars a year so --
 6    Q   So let's say it's an average of 5,000 a
 7        year.
 8    A   We're probably over 50,000.  They're over
 9        five now.  They've been five for quite a
10        few years.
11    Q   And then for clean-up you said you paid
12        7,500 in -- for the remediation and 5,000
13        to install oversized lateral sewer lines?
14    A   Right.  I have --
15    Q   And anything else?
16    A   I have taken down two houses that had
17        asbestos in them.  Those were five or six
18        thousand apiece to get those handled.
19    Q   Did you contract with somebody to --
20    A   Yes.
21    Q   And they charged five or six thousand
22        apiece?
23    A   Right.  One was over five.  One was under
24        five.  Then there was a separate company
25        they had come in to do asbestos removal.
```

70

```
 1        That was 600 to 1,000, something like
 2        that.
 3              Back to the clean-up, the
 4        environmental people, seemed like to me,
 5        were stringing it out.  And I asked them,
 6        what can we do to end this?  And they
 7        said, I suppose we could take the soil
 8        out.  So that's what we did.
 9              And I paid somebody to haul it
10        over to the approved landfill in
11        Wisconsin Rapids.  So that was, you know,
12        an extra 600 to 1,000 dollars to have
13        that done.  I think that's all in here
14        (indicating).
15    Q   That's all in your summary judgment
16        submission?
17    A   Pretty much, yeah.
18    Q   Okay.
19    A   The documents are in there, landfill
20        costs and what they charged and
21        everything.
22    Q   So based on -- based on the description
23        I'm hearing from you.  Obviously, we can
24        verify that in the summary judgment
25        filings.  It sounds like you're saying
```

71

```
 1        you spent -- since you first acquired the
 2        first parcel you've spent maybe
 3        $25,000.00 on clean-up costs.  Do you
 4        think that's right?
 5    A   That's probably a little high.
 6    Q   20,000?
 7    A   You're talking about removing the houses
 8        and everything?
 9    Q   I'm including removing the houses.
10    A   Yeah.  Probably.
11    Q   20,000?
12    A   Probably.
13    Q   In any event, all of the costs are
14        included in the exhibits in your summary
15        judgment filing, correct?
16    A   I believe they are, right.
17    Q   Okay.
18    A   Not -- now, I paid -- the one building's
19        got water in it.  I paid quarterly water
20        bills on that.  I've paid for heat in it
21        to keep the water from freezing.
22              That freight terminal, I better
23        go back and talk about that freight
24        terminal again.  You asked about renters
25        before.  There was power in there, and I
```

72

```
 1        was paying, like, $10.00 a month average.
 2              And what I did, there is some
 3        lady from the university.  She was an art
 4        teacher, wanted a place -- she had a
 5        thing of doing -- welding up metal and
 6        doing sculptures.  She was in there for
 7        years, and I didn't charge her anything.
 8    Q   Okay.
 9    A   But I did pay for the electricity while
10        she was back there.  And then, like I
11        said, I did the lawn mowing and shoveling
12        the sidewalks and keeping the back plowed
13        out for years so --
14    Q   So when you say that you think CWPCo
15        should pay a million dollars to take the
16        whole property, you're factoring in the
17        expense -- the purchase price, all the
18        expenses we talked about, including
19        taxes, clean-up, utilities and your own
20        personal labor?
21    A   Right.
22    Q   Plus the six percent annual appreciation
23        rate?
24    A   A return on investment, which I'm making
25        that on other things.  I'm making more
```

**73**

1    than that on other investments so --

2  Q  What is your basis for the six number?  I

3    was about to ask you.

4  A  I have a lot of municipal bonds that are

5    paying close to six percent state and

6    federal tax exempt so --

7  Q  Do you have -- does your six percent

8    number factor in the real estate downturn

9    of the late part of the last decade?

10  A  No.

11  Q  It does not?

12  A  Because I wanted to sell that in 2007 and

13    was prohibited.  That money would have

14    been invested from that point on making

15    six percent.

16  Q  Okay.  So your -- okay.  How much do you

17    think the property was worth in 2007, the

18    whole property?

19  A  From other things that were going on at

20    that time, I'd say 1.5, 1.6 maybe even.

21    There again, that process was short

22    circuited -- we would have found out if

23    we could have gone ahead with that

24    contract.  We'd have found out what it

25    was worth.

**74**

1  Q  Well, before you entered into the

2    contract with J.L. Fischer, Inc., you had

3    an idea of what you were -- what you

4    planned to sell the property for, right?

5  A  Uh-huh.

6  Q  Yes?

7  A  I was anxious to find out what somebody

8    was willing to pay, right.

9  Q  But my question was, did you have an idea

10    of what you thought the property was

11    worth at the time?

12  A  Yeah.

13  Q  And that was 1.5 to 1.6 --

14  A  In that area, yeah.  I was willing to

15    look at anything because I could see that

16    the market might be turning.  So I was

17    anxious to get a number.

18  Q  In any event, you think the property is

19    worth about a million now?

20  A  At least.  You know, I think comparables

21    could come up with higher numbers.  I've

22    got some comparables that do show higher

23    numbers.

24  Q  What comparables are those?

25  A  A development in Wausau, development in

**75**

1    Waupaca.

2  Q  I'm going to request that you produce

3    those to us.

4  A  Okay.

5  Q  We can talk about that after the

6    deposition is over.  Okay?

7  A  And to some extent CWPCo's own numbers

8    bear me out.

9  Q  When you say CWPCo's own numbers, what

10    are you referring to?

11  A  They referred to a property that they

12    sold to the City and, you know, what they

13    got for that land.  I think --

14  Q  Are you referring to the 2003 --

15  A  Yeah.

16  Q  -- sale --

17  A  Uh-huh.

18  Q  -- that was included in your summary

19    judgment filings?

20  A  I think so.

21  Q  Assuming that CWPCo only condemns parcel

22    B, how much do you think you should

23    receive in just compensation?

24  A  It's hard to say.  I never intended to

25    own four-and-a-half acres without water

**76**

1    frontage.  That was never my intention.

2  Q  What do you think parcel B on its own is

3    worth?

4  A  Well, I think I'd have to go to what

5    waterfront property is going for by the

6    foot.

7  Q  Do you know that sitting here today?

8  A  It's all over the board.  Green Lake it's

9    probably $10,000.00 a foot.  Lake

10    Winnebago is maybe 2,000 a foot.

11    I don't know.  This is unique.

12    I know it's not the best water frontage,

13    but it's the only water frontage around.

14    You know, everything else is owned by the

15    City and its parks.  So this is unique.

16  Q  So do you not have an opinion, sitting

17    here today, as to how much you should get

18    paid for the taking of parcel B?

19  A  I think it should be at least $2,000.00 a

20    foot.

21  Q  And what do you base that on?

22  A  Like I said, what waterfront property has

23    been going for throughout the years

24    and --

25  Q  You said in Lake Winnebago it's about

---

**77**

1          $2,000.00 a foot?

2   A    Probably.  I'm guessing.  That's not the

3          most desirable lake.  Green Lake is --

4          you know, that's -- that's maybe the

5          highest.  I don't know what Lake Geneva

6          is going for.

7          I know this isn't Lake Geneva,

8          and this isn't Green Lake.  Green Lake

9          had been at 10,000 a foot.  But again

10        this is the only one around, too.

11        It's -- there just isn't any out there

12        so --

13   Q    How much value do you think the property

14        as a whole will lose if CWPCo takes just

15        parcel B?

16   A    I'd say at least half.  But I don't -- I

17        want to repeat, I don't want to find out.

18        I don't think I have to find out.  It

19        shouldn't be my -- it shouldn't be my

20        consequence.

21   Q    But you think -- this is an important

22        point, so, you know, I need to ask you

23        questions about it.  You believe that

24        parcel B makes up -- strike that.  You

25        believe that the value of the property as

---

**78**

1        a whole will be reduced by 50 percent if

2        the property loses parcel B, correct?

3   A    It's a possibility.  But --

4   Q    I guess, what do you base the 50 percent

5        number on?

6   A    There's four acres downtown Stevens Point

7        across from the mall, and I think the

8        City owns it.  There again there's the

9        qualifier to what I'm saying.  The City

10        owns it.

11        I think they wanted to get

12        400,000 for that.  It was an old factory

13        site that was contaminated.  I don't know

14        if it's been cleaned up.  These cities

15        sell stuff cheap just to get development

16        on it, get tax base.

17        So, therefore, four acres for

18        400,000, maybe -- mine is five acres,

19        500,000.  I don't know.  Mine might be

20        cleaner than theirs so --

21   Q    Getting specifically back to parcel B,

22        parcel B being 0.41 acres, whereas the

23        entire property being 5.083 acres, why do

24        you think that losing parcel B would have

25        the value of the full property?

---

**79**

1   A    You don't have the water frontage.  You

2        don't have the privacy of a water

3        frontage.  Once Consolidated or CWPCo

4        gets it they have to let the public on.

5        They can't keep anybody out.  That might

6        be a big negative to a condominium

7        complex where people want some privacy

8        when they sit by the water.

9   Q    Are you contending that your upland

10        property has been physically damaged by

11        CWPCo in any way?

12   A    Not yet.

13   Q    So no, not to this point?

14   A    Not to this point.

15   Q    Well, are you afraid that CWPCo is going

16        to cause damage to your property, not to

17        the value of the property but physical

18        damage to the property?

19   A    I don't know.

20   Q    Are you claiming any other form of

21        damages besides loss in value of the

22        property?

23   A    Not now, no.

24   Q    Did you grow up in Portage County?

25   A    No.

---

**80**

1   Q    Where did you grow up?

2   A    Ripon.

3   Q    What county is Ripon in?

4   A    Fond Du Lac.

5   Q    How did you end up down in Stevens Point,

6        in Portage County?

7   A    When I was going to college we did

8        hauling for Green Giant with

9        small trucks, hauling peas and corn.  Del

10        Monte had a plant in Markesan.  And at

11        that time we were building a new plant in

12        Plover and wanted somebody to come up and

13        haul green beans to the plant.

14        So we came up.  That was how we

15        made our college money.  And then we just

16        kind of stayed in the area.  We got more

17        authority, interstate commerce authority,

18        to haul processed potatoes, French fries,

19        hash browns, things like that.  So we

20        just evolved into a trucking business and

21        stayed here.

22   Q    When did you first become aware of

23        CWPCo's operation of the dam in the

24        Stevens Point reservoir?

25   A    I don't know.

---

## 81

| | | |
|---|---|---|
| 1 | Q | It was before you bought the property? |
| 2 | A | Yes. |
| 3 | Q | Was it years before you bought the |
| 4 | | property? |
| 5 | A | Probably. |
| 6 | Q | Is it fair to say that CWPCo has been |
| 7 | | operating that dam since you moved to |
| 8 | | this area? |
| 9 | A | Yes. |
| 10 | Q | Again you knew that before you bought the |
| 11 | | property, right? |
| 12 | A | Right. |
| 13 | Q | Okay.  And are you aware that CWPCo |
| 14 | | controls the water level in the |
| 15 | | impoundment? |
| 16 | A | Yes. |
| 17 | Q | And again you knew that before you bought |
| 18 | | the property, right? |
| 19 | A | Yes. |
| 20 | Q | Are you aware that the water level is |
| 21 | | mandated by FERC? |
| 22 | A | No. |
| 23 | Q | In any event, you don't have any control |
| 24 | | over the water level as it abuts your |
| 25 | | property, right? |

## 82

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | None of the landowners there do, do they? |
| 3 | A | Not that I know of. |
| 4 | Q | Did you come look at the property before |
| 5 | | you bought it? |
| 6 | A | Yes. |
| 7 | Q | And when you came to the property, did |
| 8 | | you walk down by the water? |
| 9 | A | Yes. |
| 10 | Q | The dike, the earthen dike, was located |
| 11 | | and ran across the property you were |
| 12 | | looking at when you came to look at it, |
| 13 | | right? |
| 14 | A | Yes. |
| 15 | Q | And you were able to physically see the |
| 16 | | dike when you came to look at it? |
| 17 | A | Yes. |
| 18 | Q | And the dike extended beyond the property |
| 19 | | in both directions, correct? |
| 20 | A | Right. |
| 21 | Q | Referring to the drainage ditch on the |
| 22 | | property, that was located on the |
| 23 | | property at the time you purchased it, |
| 24 | | correct? |
| 25 | A | Right. |

## 83

| | | |
|---|---|---|
| 1 | Q | And you saw it when you came to look at |
| 2 | | the property before you bought it? |
| 3 | A | Right. |
| 4 | Q | And again the ditch extended through the |
| 5 | | property -- I'm sorry.  The ditch |
| 6 | | extended beyond the property in both |
| 7 | | directions, correct? |
| 8 | A | Right. |
| 9 | Q | On top of the earthen dike, there's a |
| 10 | | walking trail, correct? |
| 11 | A | There is now. |
| 12 | Q | When you say there is now, what do you |
| 13 | | believe was there before the current |
| 14 | | walking trail? |
| 15 | A | Just the top of the dike. |
| 16 | Q | Okay.  People could walk on top of the |
| 17 | | dike, correct? |
| 18 | A | I suppose they could. |
| 19 | Q | It was kind of a natural walking trail, |
| 20 | | right? |
| 21 | A | With gates on both ends.  So I don't know |
| 22 | | how natural that makes it. |
| 23 | Q | How would you describe what the top of |
| 24 | | the dike looked like when you first |
| 25 | | bought the property? |

## 84

| | | |
|---|---|---|
| 1 | A | It was gravel and grass. |
| 2 | Q | Gravel and grass.  Not the fine red |
| 3 | | granite that's there now, right? |
| 4 | A | No. |
| 5 | Q | Okay.  When you came to look at the |
| 6 | | property, the trail -- the gravel trail |
| 7 | | extended -- that was there at the time |
| 8 | | that you saw it -- strike that.  This is, |
| 9 | | like, the worst question I've ever asked |
| 10 | | in my life.  Start over. |
| 11 | | When you came to look at the |
| 12 | | property and you saw the gravel on top of |
| 13 | | the dike, that extended beyond the |
| 14 | | property in both directions, correct? |
| 15 | A | In one form or another, yes. |
| 16 | Q | Okay.  Now, you contend in your summary |
| 17 | | judgment submissions that at the time you |
| 18 | | purchased the property there was, I'm |
| 19 | | quoting, no indication that CWPCo was |
| 20 | | doing maintenance, end quote, of any kind |
| 21 | | on the property, correct? |
| 22 | A | Correct. |
| 23 | Q | What do you mean by that, there was no |
| 24 | | indication? |
| 25 | A | The realtor that sold me the property |

```
                                                              85
1          says that the physical features of that
2          section of the dike was different than
3          the other section, different colors of
4          granite.  He said that it was visible to
5          him that CWPCo had done something right
6          up to the property line and quit and
7          started again at the other end of the
8          property line.
9       Q  When did he tell you that?
10      A  He's always told me that.
11      Q  Did he tell you that before you bought
12         the property?
13      A  No.  I don't think so.
14      Q  So he first told you after you bought the
15         property?
16      A  Right.
17      Q  Was it once this dispute became evident?
18      A  Yeah.
19      Q  So would you say 2007, 2008?
20      A  Probably, yeah.
21      Q  Who was the -- who was the listing agent
22         for the property?
23      A  I think it was Chris Northwood.
24      Q  Did you use a buyer's agent when you
25         bought the property?
```

```
                                                              86
1       A  I think I went through another realtor.
2          I'm not sure on that.  I think it was
3          Butch West.  He's since deceased.
4       Q  Did Mr. West have any -- or express any
5          opinion on whether the appearance of the
6          dike looked different on the section of
7          the property that you were --
8       A  No.
9       Q  -- purchasing?
10      A  No.  I don't know if he even went up
11         there and looked at it.
12      Q  When you -- when you came to view the
13         property before you purchased it, was the
14         dike or the ditch on the property in a
15         state of disrepair?
16      A  Not that I can remember.
17      Q  Was there any erosion or sloughing on the
18         ditch or dike when you came to look at it
19         before you bought it?
20      A  I don't recall.
21      Q  Was there any overgrowth of vegetation?
22      A  No, that I recall.
23      Q  Was there riprap located on the water
24         side of the embankment?
25      A  Well, there was water there.  I couldn't
```

```
                                                              87
1          see -- you know --
2       Q  You didn't go up to the edge of the dike
3          and look to see if there was
4          reinforcement?
5       A  I didn't get in the water and feel around
6          to see what was there, no.
7       Q  Could you see rocks on the downslope into
8          the water?
9       A  A little.
10      Q  Setting aside what Mr. Northwood said, do
11         you recall at the time that you inspected
12         the property before you purchased it
13         whether the top of the dike on the
14         portion of property you were looking at
15         was different from the portion of the
16         dike on either side?
17      A  Once he mentioned it I thought, yeah,
18         it's -- I think he's right.  But I'm not
19         going to swear to it.  You know, he kind
20         of refreshed my memory a little bit.  I
21         didn't think of it until he mentioned it.
22         And then I thought, well, yeah, I think
23         he's right.  That's true.  But I'm not
24         going to swear to it.
25      Q  Okay.  Since you are under oath, is it
```

```
                                                              88
1          fair to say that the answer to my
2          question is that you don't recall?
3       A  Right.
4       Q  Okay.  Fair enough.  Who did you think
5          was -- who do you think was maintaining
6          that section of the dike?
7       A  I didn't know if anybody was maintaining
8          it.  And it's maybe time we start
9          talking -- calling it what it really was.
10         It was a railroad spur.  That's where --
11         when I saw -- when I went there the first
12         time and saw gravel and everything else,
13         to me it was a railroad spur.
14      Q  Were there railroad ties sitting on top
15         of the dike?
16      A  No.
17      Q  Was it being used in connection with rail
18         transport in any way?
19      A  Not at that time.
20      Q  Is it your contention in this lawsuit
21         that since you bought the property CWPCo
22         has not performed inspections on the dike
23         as it crosses the property?
24      A  I don't know.
25      Q  Well, the reason I ask is because when --
```

## 89

1      CWPCo submitted a proposed finding of
2      fact that it has, and you disputed that
3      fact.  And I'm asking you what the basis
4      for that dispute is.
5    A  Because I don't know if they did or not.
6      They probably did maintenance or
7      inspections or whatever on parts of the
8      dike.  That particular 320 feet I don't
9      know if they did or not.  I don't know if
10     they can prove that they did or not.
11     So --
12   Q  Is it your contention that since you
13     bought the property CWPCo has never
14     removed brush, weeds, trees or other
15     vegetation from the section of the dike
16     that crosses your property?
17   A  I don't know.
18   Q  Since you've purchased the property, have
19     you noticed that vegetation that had
20     grown on the dike had been removed?
21   A  I think they mowed it once or twice.  I
22     don't know.  In recent years they've done
23     a lot of things that they didn't do ten
24     years ago.
25   Q  Such as?

## 90

1    A  Mowing it.
2    Q  So they never --
3    A  I don't think they used to.  I think it's
4      something new they started in the last
5      few years.  Even their own section I
6      don't think they used to mow it like
7      they're doing now.
8    Q  But you don't know that they didn't mow
9      it ten years ago?
10   A  No.  It looks a lot different now than it
11     did ten years ago.
12   Q  Well --
13   A  It looks mowed now.  It looks like
14     they're doing something.  It didn't ten
15     years ago, no.  Not to me.
16   Q  What part of the -- what part of the dike
17     needs to be mowed?
18   A  I don't know if any of it does.  But
19     they're doing a slope, inland slope.
20   Q  Slope going down to the ditch?
21   A  Right.
22   Q  Do they have riders or push mowers or --
23   A  I've never seen them do it.  I don't know
24     what they're using.  And I'm not even
25     sure they're doing it.  Maybe the City

## 91

1      does it because it's walking trail now.
2      I don't know.
3    Q  Have you ever seen the City out there
4      doing it?
5    A  No.  I haven't seen anybody out there
6      doing it.
7    Q  Have you ever seen the City out there
8      performing any maintenance on the dike at
9      all?
10   A  No.
11   Q  Have you ever seen them performing any
12     maintenance on the ditch?
13   A  I haven't seen anybody doing any
14     maintenance on the dike or ditch except
15     when they were trespassing two years ago.
16   Q  I'm going to ask you about that in a
17     minute.
18   A  Okay.
19   Q  Do you have any evidence to suggest that
20     CWPCo has not monitored the effects of
21     weather conditions on the dike as it
22     crosses your property since the time you
23     purchased the property?
24   A  No.
25   Q  Have you ever seen any trees that fell

## 92

1      across the dike or ditch as it crosses
2      your property?
3    A  I don't think so.  I don't know.  I've
4      seen some across the dike.  I don't
5      remember if it was on my section or -- I
6      mean across the ditch.  I think what I
7      saw was on their side, on their piece.
8    Q  What you saw -- the tree that you saw
9      laying across the dike, did CWPCo remove
10     it?
11   A  I don't know.
12   Q  It was removed, though, correct?
13   A  I don't know that either.  It might still
14     be there.  I don't know.
15   Q  When was that?
16   A  A year or two ago.
17   Q  Okay.  How often do you go out to the
18     property?
19   A  Are you talking about parcel B?
20   Q  Parcel B.
21   A  Three, four times a year maybe.
22   Q  Now, you know that CWPCo had submitted
23     four declarations from current and former
24     employees testifying that CWPCo's done
25     all these things regularly on parcel B

93

1      since before 1951, correct?
2   A   Correct.
3   Q   The question is, you know we have
4      submitted declarations?
5   A   Declarations, yes.  Specifically, if
6      they're talking about parcel B I don't
7      know that for sure, no.
8   Q   Do you have any reason to think that
9      those four declarants are not telling the
10      truth?
11   A   About what?
12   Q   That CWPCo has been performing
13      maintenance and all the things that we
14      just talked about on parcel B since
15      before 1951.
16   A   I have no reason to believe them or not
17      believe them.
18   Q   Okay.  Other than the document from
19      Mr. Northwood.  In your response to
20      CWPCo's proposed finding of fact number
21      49, you stated that the ditch that
22      crosses the property is a, quote, City of
23      Stevens Point Public Works structure, end
24      quote.  Do you recall saying that?
25   A   Yes.

94

1   Q   Did the City dig the ditch?
2   A   I don't know.  I -- I don't think anybody
3      did.  I think it was there when they put
4      the railroad spur in.  That's --
5   Q   Why do you think it's a City of Stevens
6      Point Public Works structure?
7   A   North -- north of my property is a park,
8      a City park, on the other side of Clark
9      Street.  From there there's a drainage --
10      from the park, that whole park drains
11      into a culvert that goes under the
12      highway and dumps into the ditch on the
13      north side of the -- of the ditch.  That
14      water is coming through, and it empties
15      out on the south side.
16         So if you plug up that culvert
17      the park is going to flood.  So I'm
18      guessing that the City is using it as a
19      public -- you know, as a -- what do they
20      call it?
21   Q   Well, you refer to it as a public works
22      structure?
23   A   Well, I believe it is.  I don't know what
24      else you could call it.  They're using
25      it.  And I don't know who built it.  I'm

95

1      not -- I'm not -- maybe the City built
2      it, because they're sure using it.
3   Q   Do you know whether the City of Stevens
4      Point is using it with CWPCo's
5      permission?
6   A   No.
7   Q   Have you ever seen the City of Stevens
8      Point doing maintenance on the ditch?
9   A   I'm not -- I don't -- I don't -- early on
10      after I bought it, somebody did something
11      there.  And I -- I'm not going to -- I
12      don't know who did.  Seemed like it was
13      dredged maybe.  And I almost think the
14      City did it.  But I'm not saying -- I'm
15      not -- I don't know.
16   Q   Shortly after you bought the property,
17      you noticed the ditch had been dredged?
18   A   I think so.  Somewhere in that time
19      somebody did some clean-up in there.  And
20      I don't know who did it.
21   Q   Okay.
22   A   During that time I did talk to the City,
23      and they stressed to me how important
24      that was to their park system.  And their
25      drainage system was that culvert and that

96

1      ditch.
2   Q   Okay.
3   A   I think they must have something to say
4      about it.  And whether or not they're
5      willing to come over there and clean it
6      out to their benefit, maybe they are.  I
7      don't know.
8   Q   Speaking specifically about CWPCo's use
9      of parcel B, is there anything else about
10      the way CWPCo uses or has used parcel B
11      that you think is relevant to the present
12      dispute or that you intend to present
13      evidence of at trial?
14   A   No.
15   Q   Okay.  Now, you contend that before you
16      bought the property you had a meeting
17      with Mark Anderson of CWPCo, correct?
18   A   Uh-huh.
19   Q   Yes?
20   A   Yes.
21   Q   And you contend that that meeting took
22      place at CWPCo's offices in Rapids,
23      correct?
24   A   I believe it did.
25   Q   And can you give me an approximate date

97

```
1          for the meeting?
2     A    I think it was around July 22nd,
3          somewhere in there.
4     Q    Of 1998?
5     A    Right.  Yes.
6     Q    And do you have -- strike that.  Who else
7          was at the meeting, if anybody?
8     A    I don't know if anybody else was.
9     Q    It was just you and Mr. Anderson?
10    A    I believe so.
11    Q    Do you remember what time of day?
12    A    I think it was early, 7:15 or 7:30 in the
13         morning.
14    Q    Now, you further contend that at that
15         meeting you informed Mr. Anderson that
16         you were interested in buying the
17         property and including parcel B, correct?
18    A    Correct.
19    Q    And it's also your contention that at
20         that meeting you asked Mr. Anderson if
21         CWPCo had any interest in buying the
22         property, correct?
23    A    I don't know if I used those exact words
24         or not.
25    Q    What words did you use?
```

98

```
1     A    Well, I just informed them that that land
2          was for sale, including the dike and
3          water frontage, and I wanted to find out
4          if there was any ownership issues before
5          I proceeded.
6     Q    What specifically did you ask
7          Mr. Anderson about the ownership issues?
8     A    I don't know the exact words.
9     Q    Well, that's fine --
10    A    It was important to me at that time to
11         find out if there was going to be any
12         trouble with me buying that property.
13         Because I didn't want any trouble.  I had
14         other places I could go to invest.  I
15         didn't have to invest in that.  The
16         ownership issue was very important.  I
17         wanted to make sure there was no
18         contentions over it.
19    Q    Well, why did you go to CWPCo in the
20         first place?  What --
21    A    Because of the hydroelectric --
22    Q    Project?
23    A    -- project that they had there, yeah.
24    Q    So you went to CWPCo because you knew
25         that CWPCo was using the dike and the
```

99

```
1          ditch on the property, correct?
2     A    Right.
3     Q    Did you ask Mr. Anderson if CWPCo
4          contended that it owned the property,
5          that it owned that portion of the land,
6          parcel B?
7     A    I won't use those words because I don't
8          remember exactly what I said.
9     Q    Well, you said you wanted to go clear up
10         the ownership issues so --
11    A    I showed him the survey, showed him the
12         survey, that they did not own it.  And at
13         that point he could have said, yeah, we
14         do.  And I would have walked away.  He
15         didn't.  He didn't show any interest in
16         the idea of it.  They did not own it.
17    Q    Do you recall what he said in response to
18         seeing the survey?
19    A    No.  No.  He didn't say anything that
20         would stop -- would have stopped me from
21         purchasing it.  And that's why I went
22         there, to see if there was any problem.
23    Q    Well, I guess the question is then, what
24         did he say?
25    A    I don't know.  Specifically?  That's a
```

100

```
1          long time ago.
2     Q    Did you take any notes at that meeting?
3     A    No.
4     Q    Do you still have a copy of the survey
5          that you showed Mr. Anderson?
6     A    I believe so.  Yeah.
7     Q    Probably ask you -- I'm going to ask you
8          to produce that to me as well.
9     A    The exact same piece of paper?
10    Q    Or a copy of it.
11    A    Okay.
12    Q    An identical copy, I guess.  Again, we
13         can talk about that after the --
14    A    I think it's in here.
15    Q    Oh, you think it's in the summary
16         judgment submissions?
17    A    Probably, yeah.
18    Q    Okay.  We can talk about that off the
19         record, too.
20              MR. LEE:  Let's go off the
21         record.
22              (Discussion held off the
23         record.)
24              EXAMINATION
25    BY MR. LEE:
```

## 101

1  Q   I'm not going to mark this as an exhibit,
2      but I'm referring you to the last page of
3      Exhibit 501 from your summary judgment
4      submissions.  And I'm showing it to you
5      now.  Do you recognize this document?
6  A   Yes.
7  Q   Can you describe it for me?
8  A   It's the south portion of a survey of the
9      land that I purchased in 1998 --
10 Q   And --
11 A   -- with the water frontage.
12 Q   Is it your testimony that you showed this
13     piece of paper to Mr. Anderson at your
14     1998 meeting?
15 A   Either this one or a copy of it.  I have
16     several of these in my file, so yeah.
17 Q   You showed him this certified --
18 A   Right.
19 Q   -- survey map?
20 A   Right.
21 Q   Okay.  And when you presented the
22     certified survey map to him, did you
23     affirmatively state that you didn't think
24     CWPCo owned the property?
25 A   I said, this map shows that you do not

## 102

1      own the water frontage.  Is this a
2      problem?
3  Q   And he said in response?
4  A   I don't remember what he said.  But he
5      did not put up any red flags or say, wait
6      a minute, we own that.  He did nothing of
7      that nature.  That's why I went to him,
8      because I did not want the same problem,
9      this very problem we're having now.
10 Q   Did he tell you in that meeting that
11     CWPCo operated the -- well, strike that.
12     Did he tell you in that meeting that
13     CWPCo used the dike and the ditch across
14     the property?
15 A   I don't believe he told me that.  I don't
16     know.  I don't remember his exact words.
17 Q   Was there any follow-up correspondence
18     between you and CWPCo about your meeting
19     with Mr. Anderson before you bought the
20     property?
21 A   No.  Not that I can recall.
22 Q   When you met with Mr. Anderson, did you
23     tell him that the property was for sale?
24 A   Yes.
25 Q   Did you tell him that you thought CWPCo

## 103

1      could buy the property if it wanted to?
2  A   No.  That's pretty -- it's on the market.
3      Anybody could have bought it.  I didn't
4      need to tell him that.
5  Q   After you met with Mr. Anderson, did you
6      tell anybody about the substance of your
7      meeting with him?
8  A   No.
9  Q   Not your wife or anybody?
10 A   Not that I remember.
11 Q   How about Mr. Northwood?
12 A   The meeting confirmed everything I was
13     told.  So I didn't need to discuss it
14     with anybody.
15 Q   Okay.  You didn't discuss it with
16     Mr. West?
17 A   I don't think so.  I don't remember.
18 Q   You stated in your reply to the notice of
19     condemnation that CWPCo informed you in a
20     letter that it was not interested in
21     purchasing the property.  Do you recall
22     saying that?
23 A   No.  Oh.  I think that was in reply to
24     Carl Lemke's remarks.
25         (Moodie Exhibit No. 4 marked for

## 104

1          identification.)
2          THE WITNESS:  He states that the
3      realtor contacted him.  And at that time
4      they weren't interested in it.  That's
5      what Karl Lemke said.  I'm not going to
6      attest to anything other than that.
7              EXAMINATION
8  BY MR. LEE:
9  Q   Show you what's been marked Moodie
10     Exhibit No. 4.  Do you recognize this
11     document?
12 A   Yes.
13 Q   Do you want to take a minute to review
14     it?
15 A   Okay.
16 Q   Can you tell me what the document is?
17 A   It's a letter to me dated May 22, 2007
18     written by Mark Anderson.
19 Q   In the first paragraph in the sixth line
20     down, the sentence beginning, I
21     contacted, do you see where I'm
22     referring?
23 A   Yes.
24 Q   It says, I contacted Carl Lemke to
25     inquire on his recollection of this

105

| | | |
|---|---|---|
| 1 | | parcel? |
| 2 | A | You're speaking of Mark Anderson saying |
| 3 | | this now? |
| 4 | Q | Correct. And he indicated that he was |
| 5 | | contacted by a realtor about the land |
| 6 | | behind the dike but was given no |
| 7 | | indication that this parcel included a |
| 8 | | portion of the dike. Did I read that |
| 9 | | correctly? |
| 10 | A | Correct. |
| 11 | Q | Is that what you were referring to when |
| 12 | | you said that CWPCo informed you in a |
| 13 | | letter it was not interested in |
| 14 | | purchasing the property? |
| 15 | A | Right. |
| 16 | Q | Okay. Are there any other meetings or |
| 17 | | interactions with CWPCo employees or |
| 18 | | representatives, besides the one with |
| 19 | | Mr. Anderson in 1998, that you think are |
| 20 | | relevant to the present dispute and which |
| 21 | | you intend to present evidence of at |
| 22 | | trial? |
| 23 | A | There's been a lot of contact between us. |
| 24 | | And I -- there may be some things I'll |
| 25 | | bring up at the trial. I haven't |

106

| | | |
|---|---|---|
| 1 | | outlined any of them yet. There's a lot |
| 2 | | of correspondence that will be brought |
| 3 | | up. As far as conversations, possibly. |
| 4 | Q | Can you tell me what conversations those |
| 5 | | are? |
| 6 | A | Throughout the years they have come to me |
| 7 | | with the idea of buying the water |
| 8 | | frontage from me. And those discussions |
| 9 | | might come up. |
| 10 | Q | How many times did they offer to buy the |
| 11 | | water frontage? |
| 12 | A | They didn't ever -- well, once they |
| 13 | | offered to buy it. |
| 14 | Q | Was that in July of '09? |
| 15 | A | Right. Previous to that they always |
| 16 | | wanted to trade, never purchase anything. |
| 17 | Q | I know you had a meeting with Mr. Witt |
| 18 | | and Mr. Scharff in August of 2009, |
| 19 | | correct? |
| 20 | A | Probably. |
| 21 | Q | And was that at CWPCo's office? |
| 22 | A | Uh-huh. |
| 23 | | (At this time, the court |
| 24 | | reporter admonished the witness |
| 25 | | to answer verbally.) |

107

| | | |
|---|---|---|
| 1 | | THE WITNESS: Yes. |
| 2 | | EXAMINATION |
| 3 | BY MR. LEE: | |
| 4 | Q | Do you believe that that meeting or |
| 5 | | anything that was said there is relevant |
| 6 | | to this lawsuit? |
| 7 | A | I'm not exactly -- we had a couple |
| 8 | | meetings with Mr. Scharff. I'm not sure |
| 9 | | which one you're exactly referring to. |
| 10 | Q | Are there any meetings -- |
| 11 | A | I know Doug Clark was at one of them. |
| 12 | | Was that the one you were talking about? |
| 13 | Q | I don't know. You tell me. |
| 14 | A | I don't know. |
| 15 | Q | I'm trying to -- |
| 16 | A | I don't know the dates. |
| 17 | Q | I'm trying to identify conversations |
| 18 | | that -- in which CWPCo made |
| 19 | | representations that you think are |
| 20 | | relevant to the lawsuit. |
| 21 | A | There was a meeting with Mr. Scharff and |
| 22 | | Mr. Witt. I don't know the date. So I |
| 23 | | can't -- I can't answer exactly what -- |
| 24 | | to what -- your question. |
| 25 | Q | Is that the last time you met with Mr. |

108

| | | |
|---|---|---|
| 1 | | Witt and Mr. Scharff? |
| 2 | A | I'm not sure -- I know there was a last |
| 3 | | time, but I don't know what the date of |
| 4 | | that last time was. |
| 5 | Q | Don't worry about the date. If we talk |
| 6 | | about the last meeting, then that's fine. |
| 7 | A | The last one. Okay. Possibly. |
| 8 | Q | Possibly. What was said during that |
| 9 | | meeting? |
| 10 | A | I discussed their offer with them. And |
| 11 | | then I tried to make a counteroffer. |
| 12 | | And he walked out of the room. |
| 13 | Q | Who walked out of the room? |
| 14 | A | Mr. Scharff. |
| 15 | Q | Did Mr. Witt stay in the room? |
| 16 | A | He did. |
| 17 | Q | Did you continue the discussion with him? |
| 18 | A | We had a few minutes, but nothing was |
| 19 | | accomplished. He didn't have authority |
| 20 | | to accomplish anything, that I could |
| 21 | | tell. |
| 22 | Q | Can you think of any other conversations |
| 23 | | you had with Mr. Witt that addressed the |
| 24 | | issues in this lawsuit? |
| 25 | A | Not any verbal conversations, no. I will |

109

1      probably be referring to all the
2      declarations that they submitted already.
3   Q  How about Mr. Scharff?  Any conversations
4      with Mr. Scharff that are relevant to the
5      issues in this lawsuit?
6   A  I guess just his attitude.
7   Q  And describe that.
8   A  I'm not going to say anything.
9   Q  Well, if you're going to raise his
10     attitude at trial, I need to know what
11     you're going to say about it.  I'm
12     entitled to know if you think it's
13     relevant.  If you don't think it's
14     relevant, then it's not a problem.
15  A  I think it was very reluctant to listen
16     to my point of view.
17  Q  Are there any conversations that you had
18     with Mr. Anderson that you think are
19     relevant to the issues in this lawsuit
20     besides the one we discussed in detail
21     earlier?
22  A  Possibly.  I think it was 2005.  I don't
23     have exact dates.  I do at home.  I don't
24     have them here.  Mr. Anderson asked to
25     meet me at the property.  And I did.

110

1   Q  Okay.
2   A  He asked me something like, what can we
3      do to get this issue straightened out?  I
4      was always reluctant to give up ownership
5      because of the privacy issue that I would
6      give up.  But I did throw out some
7      suggestions that may have enticed me to
8      go along with what they wanted.
9          The strip of land that they
10     owned east of me between me and the
11     river, there's -- it's brushy.  It's
12     overgrown, dead trees.  I asked if that
13     could be cleaned up.
14         There's a few wetlands in there.
15     I said, do you have the ability to
16     mitigate wetlands?  You have a wetlands
17     bank that you use for other projects.  I
18     said, is it possible for me when I fill
19     mine that I could fill all the way to the
20     dike?
21         The ditch that's there, we could
22     put a perforated sock-covered culvert in
23     there so that any water coming through
24     the dike would go into the culvert and go
25     out just like it does in the ditch.

111

1      Anything coming from the park would go
2      through the culvert just like it does now
3      in the ditch.  That would enhance the
4      whole area.  And maybe -- if that could
5      be done maybe we could do something.
6          He said he'd have to talk to the
7      city, to FERC, to other people.  The idea
8      of the perforated sock-covered culvert,
9      we already discussed that back in 1999.
10     The Corps of Engineers was in favor of
11     it.  The City was in favor of it.  The
12     DNR was in favor of it.
13         But it never went anywhere.  He
14     said he'd check with all these people and
15     get back to me.
16  Q  And did he?
17  A  No.  I called him twice over the next two
18     years.  One time I got an answering
19     service to leave a message.  One time
20     nobody answered.
21         I finally got ahold of him in
22     2007 and asked him what he found out.  He
23     says, oh, we can't do any of that.  Then
24     I found out that he was in Iraq for a
25     whole year.  To be honest with you, I

112

1      don't think he checked with anybody.  So
2      that conversation might come up.
3   Q  Any other conversations with
4      Mr. Anderson?
5   A  I think I'll rely on the written
6      documents that were already submitted.
7   Q  So no?
8   A  No.
9   Q  I'm going to ask you some questions about
10     the Green Circle Trail.  After you
11     acquired the property, you granted an
12     easement to the Portage County Park
13     Commission?
14  A  I think they call them the Green Circle
15     Committee or the -- I don't know what
16     they call themselves.
17         (Moodie Exhibit No. 5 marked for
18         identification.)
19            EXAMINATION
20  BY MR. LEE:
21  Q  Showing you what's been marked Moodie
22     Exhibit 5.  Do you need a minute to
23     review it?
24  A  No.
25  Q  Do you recognize Moodie Exhibit 5?

---

**113**

1    A    Yes.

2    Q    Can you tell me what it is?

3    A    It's a Green Circle Trail agreement.

4    Q    And by this agreement you purport to

5        grant easement rights to the Portage

6        County Park Commission to use a portion

7        of your property as part of the Green

8        Circle Trail, correct?

9    A    As temporary.  It's not permanent.

10    Q    Temporary easement rights, correct?

11    A    Right.

12    Q    Now, the easement is dated October 20,

13        1999, correct?

14    A    Correct.

15    Q    Prior to that date did you ever see

16        anybody walking or biking or jogging

17        across the top of the dike?

18    A    Not that I recall, no.  I think I saw

19        people fishing out there.

20    Q    In the water -- standing on the dike?

21    A    Standing on the dike maybe, yeah.

22    Q    How did this easement document come

23        about?

24    A    This man at the top, Roy Menzl, contacted

25        me.  He was a retired person that had

---

**114**

1        a -- I think a public relations firm or

2        something.  And he was part of the Green

3        Circle Committee.  And he was out looking

4        for people to help put a trail together.

5    Q    Were you compensated for granting this

6        easement?

7    A    No.

8    Q    Did you get any tax benefits from it?

9    A    No.  Never claimed any.

10    Q    Have you granted any other easements or

11        rights of access across parcel B?

12    A    No.

13    Q    Or across any portion of your property?

14    A    No.

15    Q    Now, you're aware, you know, once we

16        finally filed the thing that CWPCo also

17        granted an easement across parcel B for

18        use of the Green Circle Trail, correct?

19    A    I don't know if they granted permission

20        over parcel B or just their own dike.

21    Q    Okay.  I see.  You understand that CWPCo

22        is contending that it granted an easement

23        across parcel B for the Green Circle

24        Trail, right?

25    A    That's what they're contending.  I have

---

**115**

1        no way of confirming it.  It's irrelevant

2        anyway, isn't it, because they already

3        had permission from me?

4    Q    I can't answer your questions on the

5        record.  Sorry.

6    A    Okay.

7    Q    To your knowledge, other than -- other

8        than your easement and assuming CWPCo's

9        right about its easement, are there any

10        other easements crossing parcel B?

11    A    I don't think so.

12    Q    Are there any other encumbrances on

13        parcel B, covenants or anything?

14    A    No.

15    Q    What about the rest of your property?

16        Are there any covenants or other

17        encumbrances?

18    A    Not that I know of.  I'm trying to think

19        of any natural gas lines or anything like

20        that.  I don't think there is.  There are

21        power lines here on this parcel

22        (indicating).

23    Q    Referring to Moodie Exhibit 2?

24    A    Yeah.  I think there's power lines down

25        here (indicating).

---

**116**

1    Q    Talking about the western border of lot

2        number 3?

3    A    Uh-huh.

4        (At this time, the court

5            reporter admonished the witness

6            to answer verbally.)

7        THE WITNESS:  Yes.  And I don't

8        know if they're permanent easements to

9        the power company.  They may have just

10        been used to bring power to the building

11        that's the old freight terminal.  I don't

12        think it goes out anywhere from there.

13        EXAMINATION

14 BY MR. LEE:

15    Q    So they're just power lines sitting there

16        not servicing anything?

17    A    Right.  Actually, I had the power removed

18        from this building when the art teacher

19        moved out.

20    Q    Okay.

21    A    And I paid to have the power taken out.

22        And they removed a transformer and so

23        forth down over there.  So -- so I think

24        probably not.  I don't think there's any

25        easements.

---

## 117

1    Q    In your response to CWPCo's proposed
2         findings of fact 71 through 78, you
3         assert that the Green Circle Trail
4         committee, quote, recognized, end quote,
5         that CWPCo lacks authority to grant the
6         easement it purportedly granted across
7         your property.  Do you recall stating
8         that?
9    A    It was evident to me that, why would they
10        get an easement from me if they thought
11        they needed one from them?
12   Q    Well, in any event, do you recall
13        stating -- I have the response if you'd
14        like to look at it.
15   A    Yeah.
16             MR. LEE:  Okay.
17             (Moodie Exhibit No. 6 marked for
18             identification.)
19                 EXAMINATION
20   BY MR. LEE:
21   Q    Showing you what's been marked Moodie
22        Exhibit 6.  Do you recognize the
23        document?
24   A    Yes.
25   Q    These are your responses to CWPCo's

## 118

1         proposed findings of fact, correct?
2    A    Correct.
3    Q    If you turn to page 5 of 10, I'll give
4         you a moment to just read 71-78.  You can
5         read that whole paragraph.  Let me know
6         when you're done.
7    A    Okay.
8    Q    Referring you specifically to the
9         sentence, CWPCo does not have authority
10        to give permission to allow others to use
11        land that they do not own, and the Green
12        Circle Committee recognized that, did I
13        read that correctly?
14   A    Yes.
15   Q    I'm just focusing on everything after the
16        comma.
17   A    Okay.
18   Q    When did the Green Circle Committee
19        recognize that CWPCo doesn't have
20        authority to grant the easement across
21        parcel B?
22   A    I would guess it was in 1999 when they
23        got the easement from me.
24   Q    So when you say that, you're not
25        referring to any statement that anyone on

## 119

1         the Green Circle Trail committee made?
2    A    No.
3    Q    Or anyone with the Portage County Park
4         Commission made?
5    A    No.
6    Q    Now, you contend that the color of the
7         gravel on parcel B and on the dike
8         extending in either direction was
9         different at the time you bought the
10        property, correct?
11   A    That's what Mr. Northwood attested to,
12        yeah.
13   Q    Do you have any basis for that contention
14        other than what Mr. Northwood testified
15        to?
16   A    No.
17   Q    You don't have any pictures of any of
18        this?
19   A    No.
20   Q    But it's your contention that CWPCo
21        spread gravel on all portions of the dike
22        except parcel B, right?
23   A    That's what Mr. Northwood's observation
24        was.
25   Q    The gravel is uniform now, correct?

## 120

1    A    Correct.
2    Q    And it's been uniform for a number of
3         years now, correct?
4    A    Correct.
5    Q    Would you say ten years?
6    A    Yeah.  Probably.  Close.
7    Q    Referring to Mr. Lemke's -- I'm sorry,
8         Mr. Anderson's statement that a realtor
9         approached Mr. Lemke to gauge CWPCo's
10        interest in buying the property, can you
11        recall that statement from Mr. Anderson,
12        from Exhibit 4?
13   A    Right.
14   Q    Was that the first you'd heard of that
15        meeting with the real estate agent and
16        CWPCo?
17   A    Yes.
18   Q    Do you know whether Mr. Northwood is the
19        agent referred to in this story?
20   A    No, I don't.
21   Q    Have you ever asked Mr. Northwood about
22        it?
23   A    Yes.  He did say he did call him.
24   Q    Mr. Northwood told you that he called
25        Mr. Lemke?

## 121

```
1    A    I think he said he called him.
2    Q    When did he tell you that?
3    A    Boy.  Probably two years ago when this
4         all started.
5    Q    Did he -- strike that.  Did Mr. Northwood
6         give you any specifics about what he
7         discussed with Mr. Lemke?
8    A    I know he discussed -- he said he
9         discussed Consolidated's portion with
10        them to see if they wanted to sell that
11        or not and combine it with this.  That
12        much he told me.  But beyond that, no, he
13        didn't say anything else.
14   Q    Do you intend to call Mr. Northwood as a
15        witness at trial?
16   A    No.
17   Q    Who is David Pagel, P-a-g-e-l?
18   A    He is -- he works at Advance Auto, parts
19        salesman.
20   Q    He submitted an affidavit testifying that
21        he saw you moving stones from the river
22        bed to the embankment, right?
23   A    Right.
24   Q    Does he have any knowledge of the issues
25        in this lawsuit other than that
```

## 122

```
1         particular instance?
2    A    He knows that you're trying to get ahold
3         of it.
4    Q    Okay.  Other than that?
5    A    No.
6    Q    Do you intend to call Mr. Pagel as a
7         witness at trial?
8    A    No.
9    Q    Am I pronouncing that right?  Pagel?
10   A    Pagel.  Or Pagel.
11   Q    Who is Sherri Galle-Teske?
12   A    Galle-Teske.  She's my neighbor by my
13        house, next door, actually.
14   Q    Your neighbor.  Her name is Sherri,
15        S-h-e-r-r-i, Galle, G-a-l-l-e, Teske,
16        T-e-s-k-e.  Does that sound right?
17   A    Right.
18   Q    And again she submitted an affidavit
19        saying she saw you moving stones from the
20        river bed to the embankment?
21   A    I was up there.  I don't know if it was
22        the first day or second day that she saw
23        me.  I think it was the second day.  It
24        was a Sunday.
25             I was just throwing rocks.  When
```

## 123

```
1         we had the draw-down, there was all kinds
2         of people up there just looking at the
3         river bed once the water was gone.
4         There's foundations of old buildings out
5         there and everything else.  It was just
6         really interesting for people to see.
7              She was just one of many that
8         came by.  I remembered that she was there
9         because I knew she was my neighbor.  So
10        she, you know, was willing to state that
11        she saw me there doing it.
12   Q    Does she have any firsthand knowledge of
13        any of the issues in this lawsuit other
14        than seeing you move stones from the
15        river bed to the embankment?
16   A    No.
17   Q    Do you intend to call her at trial?
18   A    No.
19   Q    Do you intend to call any other witnesses
20        at trial?
21   A    Not at this time.
22   Q    Referring to Exhibit 6, I'm looking at
23        page 6 of Exhibit 6, paragraph 81.  I'd
24        ask you to quick read that.
25   A    Which one?
```

## 124

```
1    Q    Paragraph 81.
2    A    Okay.
3    Q    In response to proposed finding of fact
4         81, you describe an instance where Tom
5         Witt of CWPCo, you alleged, trespassed on
6         your property.  Is that correct?
7    A    That's what he said.  He didn't say
8         trespass, but he said he was there.
9    Q    You didn't actually witness this
10        incident?
11   A    No.  This is what he told me.  He was
12        there.
13   Q    Did he tell you where on your property he
14        walked on?
15   A    He told me he was there with the Army
16        Corps of Engineers.  And he told me I had
17        wetlands.  So no.  Exactly where his
18        footprints were, I don't know.
19   Q    Where did he say you have wetlands?  What
20        part of the property?
21   A    Right around in this area right here
22        (indicating).  He never did tell me where
23        the wetlands were, no.  He just told me
24        there was wetlands there, which was no
25        surprise to me.
```

125

```
1              MR. LEE:  Let the record reflect
2         Mr. Moodie was pointing to Exhibit 2.
3         And he was pointing to the portion of the
4         lot 1 just north of the Green Circle
5         Trail.
6              EXAMINATION
7    BY MR. LEE:
8    Q    Did I describe that correctly?
9    A    That is where the wetlands is.  He never
10        said that's where the wetlands were.  He
11        just said there were wetlands there.
12   Q    Okay.  You don't know where on your
13        property he --
14   A    No.
15   Q    -- walked?
16   A    No.
17   Q    But you know he was -- he said he was
18        with the Army Corps of Engineers?
19   A    Yes.  And I told him at that time, don't
20        ever do that again.  And he never said
21        anything.  So --
22   Q    To your knowledge, has he or anyone at
23        CWPCo gone back on your property since
24        that incident?
25   A    Just when they were putting riprap and
```

126

```
1         the stones on.
2    Q    Did anyone from CWPCo go onto any portion
3         of the upland property, obviously,
4         excluding parcel B, since that incident,
5         since the incident you describe in your
6         response to PFOF 81?
7    A    I don't know.
8    Q    Do you have any reason to think that they
9         did?
10   A    They may have used the driveway to get
11        their equipment in there.  I don't know.
12   Q    What do you base that on?
13   A    Because I got the only driveway that can
14        get in there other than they have to jump
15        the curb.  And maybe that's what they
16        did.
17   Q    But they can drive -- they can drive
18        their vehicles across the top of the
19        dike, can't they?
20   A    They can.
21   Q    And they have a building down near the
22        dam which gives them an access point,
23        right?
24   A    I don't know if they have a building.
25        They may.  I don't know.  I think they
```

127

```
1         have an access point.
2    Q    Is there anything that we haven't covered
3         today that you think is relevant to the
4         dispute and which you intend to present
5         evidence at trial?
6    A    I'll probably rely on all the
7         declarations and the exhibits that I've
8         already submitted.  I'll probably get the
9         comparables that you mentioned.  You
10        know, there may be some things that I
11        will bring up that I haven't thought of
12        yet.
13   Q    Okay.  As you sit there today, are there
14        any additional facts that you intend to
15        raise at trial other than what we've
16        covered and what's in the filings?
17   A    I don't think so.
18   Q    All the -- strike that.  Go ahead.
19   A    I have requested -- I don't know if you
20        know it or not because my first request
21        was -- I didn't have my address and phone
22        number on, so I refiled it.  I would like
23        to get the visitors logs from
24        Consolidated.  So that might come up.
25   Q    Okay.
```

128

```
1    A    For this period.  Or I put in there, you
2         know, if you don't want to -- I know
3         there's things on there you don't want me
4         to see, other visitors that came.  But if
5         you want to give me a letter saying that
6         I was there and had a meeting with Mark
7         Anderson on the date, that's fine.
8              That's what I'm looking for, if
9         you don't want to produce all the
10        visitors logs.  And if I could come up
11        with other ways of proving my meeting,
12        I'll present them.
13   Q    Okay.  Is there any reason, as you sit
14        here today, to believe that any of the
15        statements that you made in your summary
16        judgment submissions are inaccurate or no
17        longer accurate?
18   A    I tried to be as truthful as I could.
19   Q    I understand that.  I'm just wondering if
20        anything has come to light since then
21        that made you -- that makes any of those
22        statements inaccurate?
23   A    I don't think so.
24              MR. LEE:  I don't have any other
25        questions.  We're done.
```

129

```
 1              (Whereupon, the deposition of
 2          Robert D. Moodie terminated.)
 3              * * * * *
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

130

```
 1
 2
 3
 4
 5
 6
 7          REPORTER'S CERTIFICATE
 8
 9
    STATE OF WISCONSIN  )
10                      ) ss.
    COUNTY OF WOOD      )
11
12
13
14          I, Meredith A. Kroening, do hereby
15   certify the foregoing transcript is a true and
16   correct transcription of my stenographic notes
17   taken in this proceeding.
18
19
20
            MEREDITH A. KROENING
21
22
23
24
25
```

**A**

ability 27:19
  27:22
  110:15
able 6:11
  18:9 82:15
aboveenti...
  1:15
abuts 13:18
  22:3 40:13
  81:24
abutting 31:6
accepted
  28:19
access 42:9
  43:2 50:21
  50:22
  114:11
  126:22
  127:1
accomplish
  42:13,21
  108:20
accomplished
  108:19
accurate 37:9
  37:25
  128:17
accurately
  35:6,25
acquire 31:13
  33:14 38:25
acquired 33:3
  33:4,8
  34:16 35:12
  37:12,21
  38:6 40:4,8
  47:7 68:23
  71:1 112:11
acre 21:19,19
acreage 33:19
acres 1:6
  12:18 13:15
  14:8,9,16
  20:16 23:21
  24:14 25:9
  33:11,22
  37:3 68:5
  75:25 78:6
  78:17,18,22
  78:23
act 32:24
  57:22 58:4

acted 56:21
action 1:15
actions 51:18
  51:22
actively 24:9
  25:6 26:14
actual 38:10
added 68:7
additional
  127:14
address 4:12
  4:13 36:18
  36:21
  127:21
addressed
  108:23
administr...
  8:12,14,17
admonished
  16:22
  106:24
  116:5
advance
  121:18
adverse 32:19
  67:10
advertised
  27:3
affidavit
  121:20
  122:18
affirmati...
  101:23
afraid 79:15
agent 15:12
  58:5 85:21
  85:24
  120:15,19
ago 24:4,18
  24:19 25:16
  26:7 63:25
  89:24 90:9
  90:11,15
  91:15 92:16
  100:1 121:3
agree 6:8
  26:17 27:15
  41:21,22,23
  42:3 50:25
agreement
  3:10 113:3
  113:4
ahead 6:21

73:23
  127:18
ahold 111:21
  122:2
alabama 23:6
alleged 124:5
allow 118:10
allowed 7:10
amount 39:17
  39:17 67:13
  68:13
anderson 3:10
  96:17 97:9
  97:15,20
  98:7 99:3
  100:5
  101:13
  102:19,22
  103:5
  104:18
  105:2,19
  109:18,24
  112:4
  120:11
  128:7
andersons
  120:8
animal 54:11
annual 72:22
anonymous
  30:25
answer 5:3,4
  5:22 6:11
  6:13,14,15
  16:23 23:24
  67:24 88:1
  106:25
  107:23
  115:4 116:6
answered
  111:20
answering
  18:2 111:18
answers 5:15
anxious 74:7
  74:17
anybody 44:22
  46:8 54:22
  79:5 88:7
  91:5,13
  94:2 97:7,8
  103:3,6,9
  103:14

112:1
  113:16
anymore 19:7
  19:8 40:16
  55:23,25
  56:2 61:7
  64:2
anyway 18:17
  115:2
apiece 69:18
  69:22
appearance
  86:5
application
  60:17
applied 64:21
applying 29:6
appraisal
  15:14,19
  28:21
appraise 27:8
  27:20
appraiser
  15:17 17:14
  27:10,10,11
  27:21
appraisers
  15:23 28:2
  28:2,23
appraising
  15:25 27:15
appreciation
  72:22
approached
  120:9
approved
  70:10
approximate
  18:7 21:10
  96:25
approxima...
  19:23 20:22
  33:22 34:10
  35:10 41:3
  41:5,7
  68:20
april 1:18
area 35:17,21
  36:14 48:11
  48:15 50:10
  55:19 74:14
  80:16 81:8
  111:4

124:21
army 10:22,25
  11:14
  124:15
  125:18
art 72:3
  116:18
asbestos
  69:17,25
aside 67:10
  87:10
asked 17:23
  18:6 70:5
  71:24 84:9
  97:20
  109:24
  110:2,12
  111:22
  120:21
asking 60:19
  89:3
assembled
  35:7
assert 117:3
assuming 39:9
  39:17 75:21
  115:8
assumption
  42:2
attached 3:12
  3:12 30:2
attaching
  62:3
attend 7:23
  8:4,6
attest 104:6
attested
  119:11
attitude
  109:6,10
attorney 2:3
audible 5:4
august 37:12
  38:6 52:4
  52:25
  106:18
authority 9:8
  80:17,17
  108:19
  117:5 118:9
  118:20
auto 121:18
average 19:23

69:4,6  72:1
**award** 67:17
**awarded** 67:14
**aware** 62:8
  80:22  81:13
  81:20
  114:15

———————
**B**
**bachelors**
  8:16
**back** 5:14,16
  21:11  31:25
  39:24  52:1
  61:25  70:3
  71:23  72:10
  72:12  78:21
  111:9,15
  125:23
**background**
  7:22  26:19
  26:22,23
**badgerland**
  30:8
**balance** 33:11
**bank** 110:17
**bare** 68:11
**base** 63:18
  76:21  78:4
  78:16
  126:12
**based** 17:18
  70:22,22
**basic** 5:2
**basically**
  57:22
**basis** 73:2
  89:3  119:13
**beans** 80:13
**bear** 75:8
**bed** 52:9
  121:22
  122:20
  123:3,15
**beginning**
  30:12
  104:20
**behalf** 7:11
**believe** 18:7
  25:1  32:12
  37:5,16
  71:16  77:23
  77:25  83:13

93:16,17
  94:23  96:24
  97:10  100:6
  102:15
  107:4
  128:14
**benefit** 96:6
**benefits**
  114:8
**best** 76:12
**bet** 52:22
**better** 50:13
  71:22
**beyond** 8:21
  55:22  82:18
  83:6  84:13
  121:12
**big** 79:6
**biking** 113:16
**bills** 71:20
**birth** 4:16
**bit** 7:21  63:3
  87:20
**bluemke** 10:16
  11:2,24
**board** 76:8
**boat** 50:23
**boating** 51:11
**bonds** 73:4
**bookkeeping**
  9:15  10:13
  10:15
**border** 48:17
  116:1
**bought** 12:15
  12:17,24
  13:22,23
  19:17  25:22
  27:1  39:3
  46:25  48:9
  48:13,24
  49:4  51:15
  53:10  65:19
  81:1,3,10
  81:17  82:5
  83:2,25
  85:11,14,25
  86:19  88:21
  89:13  95:10
  95:16  96:16
  102:19
  103:3  119:9
**boundary** 31:4

**boy** 121:3
**branch** 10:21
**breached**
  62:18
**break** 5:18,21
  5:23  67:4
**bricks** 55:5
**bridge** 49:7
**brief** 12:9
  63:4  67:6
**bring** 60:3,20
  60:25  61:5
  105:25
  116:10
  127:11
**broker** 19:16
  56:16,21
  57:1,4
**brother** 9:20
  9:25  10:11
  12:3
**brothers** 9:21
**brought** 52:1
  57:16  63:24
  106:2
**browns** 80:19
**brush** 89:14
**brushy** 110:11
**build** 54:25
  55:3,7
**building** 13:9
  14:1  34:12
  35:11  36:2
  36:4,19,20
  44:17  45:9
  45:10,15,21
  45:25  64:20
  80:11
  116:10,18
  126:21,24
**buildings**
  34:1,4,7
  40:14  43:19
  43:25  63:18
  71:18  123:4
**built** 52:1
  55:13  94:25
  95:1
**business** 8:12
  8:13,17,25
  9:2,3  15:9
  45:4  80:20
**businesses**

64:9,10
**butch** 86:3
**buy** 20:16
  24:2,17
  25:3,13
  26:6  56:13
  67:25  103:1
  106:10,13
**buyer** 65:7
**buyers** 19:17
  85:24
**buying** 16:8
  26:16  58:24
  97:16,21
  98:12  106:7
  120:10

———————
**C**
**call** 14:23
  56:23,24,25
  94:20,24
  112:14,16
  120:23
  121:14
  122:6
  123:17,19
**called** 4:2
  45:1  111:17
  120:24
  121:1
**calling** 88:9
**canceled**
  39:23
**canoes** 51:10
**cant** 16:12
  20:10  38:12
  38:21  67:2
  79:5  107:23
  107:23
  111:23
  115:4
  126:19
**capable** 15:21
**carefully**
  62:8
**carl** 103:24
  104:24
**case** 1:5
  39:10  42:23
**category**
  14:21
**cause** 79:16
**certainly**

50:25
**certificate**
  130:7
**certified**
  101:17,22
**certify**
  130:15
**challenging**
  32:19,22,24
  33:1
**change** 7:20
**changes** 49:2
**changing**
  64:19
**chapter** 1:15
**character...**
  16:18
**charge** 44:19
  72:7
**charged** 69:21
  70:20
**cheap** 78:15
**check** 38:15
  111:14
**checked** 112:1
**checks** 39:23
**chicago** 39:5
**children** 4:20
**chris** 85:23
**chronology**
  11:8
**circle** 3:10
  112:10,14
  113:3,8
  114:3,18,23
  117:3
  118:12,18
  119:1  125:4
**circuited**
  73:22
**cities** 55:17
  78:14
**citizen** 12:10
**city** 12:20
  15:4  20:4,9
  26:3  63:15
  63:16  64:6
  75:12  76:15
  78:8,9
  90:25  91:3
  91:7  93:22
  94:1,5,8,18
  95:1,3,7,14

95:22 111:7
111:11
civil 7:2
claim 31:24
32:1,5
41:12
claimed 114:9
claiming
79:20
clarify 17:16
clark 36:14
36:18,23
37:4 40:13
49:5 94:8
107:11
classified
61:3
clean 46:21
65:20 96:5
cleaned 12:19
48:22 63:17
78:14
110:13
cleaner 78:20
cleanup 47:15
68:16 69:11
70:3 71:3
72:19 95:19
clear 17:25
18:18 43:4
52:7 53:11
99:9
close 36:1
39:12 68:8
73:5 120:6
closed 48:12
closure 46:23
48:23
college 8:4,6
80:7,15
color 119:6
colors 85:3
combine
121:11
come 28:16
46:19 67:24
69:25 74:21
80:12 82:4
96:5 106:6
106:9 112:2
113:22
127:24
128:10,20

comes 68:8
coming 6:22
7:18 56:5
94:14
110:23
111:1
comma 118:16
commencing
1:18
commerce
80:17
commercial
45:5 56:17
commission
112:13
113:6 119:4
commit 57:2
65:5
committee
112:15
114:3 117:4
118:12,18
119:1
community
63:13
company 1:3
9:17 10:1
15:10 31:12
32:13,16
45:1 46:20
69:24 116:9
comparable
16:7 17:18
comparables
3:22 15:22
74:20,22,24
127:9
compare 17:9
compared
17:11
comparing
17:10
compensated
114:5
compensation
67:14,19,22
75:23
completely
6:12 46:5
complex 55:1
55:7 79:7
complexes
55:18

condemn 31:13
condemnation
3:8 29:21
30:7,12
103:19
condemns
75:21
condition
65:18
conditions
62:4,7,13
62:19,20
91:21
condominium
55:1,7,18
79:6
condominiums
49:11 55:16
64:9,12
condoning
33:2
condos 56:2
confined 9:9
confirmed
103:12
confirming
115:1
connected
23:5
connection
88:17
connections
56:18
consequence
77:20
consolidated
1:3 31:11
32:12,15
79:3 127:24
consolida...
121:9
contact
105:23
contacted
104:3,21,24
105:5
113:24
contaminated
46:22 78:13
contend 52:3
84:16 96:15
96:21 97:14
119:6

contended
99:4
contending
79:9 114:22
114:25
contention
88:20 89:12
97:19
119:13,20
contentions
98:18
continue
108:17
contract
58:16 59:13
69:19 73:24
74:2
contracted
55:6 56:4
contractor
44:16
control 81:23
controls
81:14
conversation
112:2
conversat...
106:3,4
107:17
108:22,25
109:3,17
112:3
copies 3:12
3:12
copper 49:25
copy 62:3,5
100:4,10,12
101:15
corn 80:9
corps 111:10
124:16
125:18
correct 5:14
7:8,9,12
8:18 11:8
17:21 19:19
20:5 23:3,4
25:11,12
29:23,24,25
30:1,9 31:5
31:8,14,15
32:1,2,7,24
33:4,5,7,10

33:17 34:2
34:3,5,6
36:4,5,17
36:18 37:13
37:14,15,18
37:19,22,23
38:1,3,4,7
38:8,13,18
40:5,6,11
40:12,19,20
40:25 41:1
41:4 42:13
48:17 51:20
51:21 52:6
52:10,13,16
53:3,4 54:5
54:19 55:14
57:20,21,22
57:23 58:3
59:14 60:7
60:23 61:9
61:18,23
64:4,5
67:16 68:20
68:21 71:15
78:2 82:19
82:24 83:7
83:10,17
84:14,21,22
92:12 93:1
93:2 96:17
96:23 97:17
97:18,22
99:1 105:4
105:10
106:19
113:8,10,13
113:14
114:18
118:1,2
119:10,25
120:1,3,4
124:6
130:16
correctly
62:11 105:9
118:13
125:8
correspon...
102:17
106:2
cost 48:1
50:1

**costs** 70:20
  71:3,13
**couldnt** 58:21
  86:25
**counsel** 6:23
  7:11,15
**count** 53:4
**counteroffer**
  108:11
**county** 1:6
  14:9,10,17
  25:11 79:24
  80:3,6
  112:12
  113:6 119:3
  130:10
**couple** 49:4
  52:4 68:25
  107:7
**course** 17:8
  52:4
**court** 1:1
  16:21
  106:23
  116:4
**courthouse**
  64:17,20
**courthouses**
  15:22
**covenants**
  115:13,16
**cover** 60:6
**covered** 127:2
  127:16
**create** 35:2
**crosses** 88:23
  89:16 91:22
  92:1 93:22
**crossing** 49:7
  115:10
**culvert** 94:11
  94:16 95:25
  110:22,24
  111:2,8
**curb** 126:15
**current** 83:13
  92:23
**currently**
  8:23 43:16
**cut** 12:19
**cwpco** 32:16
  33:21 42:7
  58:17 67:24

68:4 72:14
  75:21 77:14
  79:3,11,15
  81:6,13
  84:19 85:5
  88:21 89:1
  89:13 91:20
  92:9,22
  93:12 96:10
  96:17 97:21
  98:19,24,25
  99:3 101:24
  102:11,13
  102:18,25
  103:19
  105:12,17
  107:18
  114:16,21
  117:5 118:9
  118:19
  119:20
  120:16
  124:5
  125:23
  126:2
**cwpcos** 32:19
  32:22 41:11
  67:15 75:7
  75:9 80:23
  92:24 93:20
  95:4 96:8
  96:22
  106:21
  115:8 117:1
  117:25
  120:9

---

**D**

**dam** 80:23
  81:7 126:22
**damage** 79:16
  79:18
**damaged** 79:10
**damages** 79:21
**date** 4:16
  37:15,25
  38:10 40:8
  40:21 96:25
  107:22
  108:3,5
  113:15
  128:7
**dated** 104:17

113:12
**dates** 21:10
  37:7 107:16
  109:23
**david** 9:22,23
  121:17
**day** 1:18
  97:11
  122:22,22
  122:23
**days** 52:4
**dead** 110:12
**deal** 57:22
**dealing** 42:7
**decade** 73:9
**deceased** 86:3
**december**
  40:19
**decided** 7:14
**declarants**
  93:9
**declarations**
  92:23 93:4
  93:5 109:2
  127:7
**deed** 33:4,6
  39:1,2,6,18
**deeds** 16:2
**defendant** 2:7
**defendants**
  1:8
**define** 57:1
**degree** 8:10
  8:17,21
**del** 80:9
**delayed** 20:18
**delineated**
  30:18
**demolish** 46:3
**department**
  46:19
**deposed** 4:25
**deposition**
  1:14 3:16
  5:3 6:18
  30:16 75:6
  129:1
**describe**
  15:24 34:9
  35:25 46:14
  59:7 83:23
  101:7 109:7
  124:4 125:8

126:5
**described**
  12:9 31:22
**description**
  70:22
**desirable**
  77:3
**detail** 109:20
**determine**
  16:6 17:19
  67:13
**determined**
  46:16
**develop** 54:18
  54:23 56:11
  56:14 59:14
  59:15
**developed**
  16:5
**developer**
  55:6 56:11
**developers**
  56:19 58:11
  65:21
**development**
  20:5 49:12
  55:9 58:19
  63:14 74:25
  74:25 78:15
**didnt** 6:22
  20:15 33:14
  33:14 53:4
  58:15,20,22
  61:19 72:7
  87:2,5,21
  88:7 89:23
  90:8,14
  98:13,15
  99:15,15,19
  101:23
  103:3,13,15
  106:12
  108:19
  121:13
  124:7,9
  127:21
**diesel** 48:11
  48:22
**different**
  35:7 85:2,3
  86:6 87:15
  90:10 119:9
**dig** 94:1

**dike** 51:8,10
  51:19,23,24
  53:16 54:3
  82:10,10,16
  82:18 83:9
  83:15,17,24
  84:13 85:2
  86:6,14,18
  87:2,13,16
  88:6,15,22
  89:8,15,20
  90:16 91:8
  91:14,21
  92:1,4,9
  98:2,25
  102:13
  105:6,8
  110:20,24
  113:17,20
  113:21
  114:20
  119:7,21
  126:19
**diligence**
  27:1,2
**direction**
  119:8
**directions**
  82:19 83:7
  84:14
**directly**
  40:14 57:15
  58:7
**disagreement**
  39:16
**discovered**
  46:15
**discuss**
  103:13,15
  108:11
**discussed**
  108:10
  109:20
  111:9 121:7
  121:8,9
**discussing**
  59:10 65:14
**discussion**
  100:22
  108:17
**discussions**
  106:8
**dispense**

47:16
**dispenser**
46:18
**dispute** 26:21
31:2,9,11
33:24 59:11
85:17 89:4
96:12
105:20
127:4
**disputed** 89:2
**disrepair**
86:15
**distance**
55:20
**district** 1:1
1:1
**ditch** 51:19
51:23 53:16
54:5 82:21
83:4,5
86:14,18
90:20 91:12
91:14 92:1
92:6 93:21
94:1,12,13
95:8,17
96:1 99:1
102:13
110:21,25
111:3
**dnr** 3:9 25:3
46:23 48:23
60:2,17,19
61:4,13,16
111:12
**document** 30:2
59:24 93:18
101:5
104:11,16
113:22
117:23
**documented**
38:24
**documents**
6:24 7:1,3
70:19 112:6
**doesnt** 56:24
118:19
**doing** 28:19
72:5,6
84:20 90:7
90:14,19,25

91:4,6,13
95:8 123:11
**dollars** 68:9
69:5 70:12
72:15
**dont** 5:9 6:5
6:13,14,15
15:2 18:2
18:25 19:7
19:8 24:1
25:4 27:22
28:3,7,15
28:19 29:7
29:15 32:11
42:3,4,11
43:3,20
45:3 49:21
51:7,9,10
51:11,11
54:9 56:1,3
57:1,2 65:5
67:3,23
68:1,1,23
76:11 77:5
77:16,17,18
78:13,19
79:1,2,19
80:25 81:23
83:21 85:13
86:10,20
88:2,24
89:5,8,9,17
89:22 90:3
90:6,8,18
90:23 91:2
92:3,3,4,11
92:13,14
93:6 94:2,2
94:23,25
95:9,9,12
95:15,20
96:7 97:8
97:23 98:8
99:7,25
102:4,15,15
102:16
103:17,17
107:13,14
107:16,22
108:3,5
109:13,22
109:23
112:1,15

114:19
115:11,20
116:7,11,24
119:17
120:20
122:21
124:18
125:12,19
126:7,11,24
126:25
127:17,19
128:2,3,9
128:23,24
**door** 122:13
**doug** 107:11
**downslope**
87:7
**downtown**
12:25 13:10
35:8 36:24
55:18 78:6
**downturn** 73:8
**drafted** 11:12
**drainage**
51:19 82:21
94:9 95:25
**drains** 50:3
94:10
**drawdown**
123:1
**drawing** 3:9
35:5,6,13
36:7,10
48:16 50:11
**drawn** 52:8
**dredged** 95:13
95:17
**drive** 4:14
126:17,17
**driveway**
126:10,13
**drop** 54:13
**dropped** 54:10
**drove** 11:3,5
11:18
**du** 14:9 80:4
**due** 26:25
27:2
**dug** 46:19
**duly** 4:3
**dumps** 94:12
**duties** 9:14

**E**
**eager** 63:6,12
63:16
**earlier** 68:18
109:21
**early** 20:11
55:21 95:9
97:12
**earth** 53:24
**earthen** 51:19
53:2 82:10
83:9
**easement**
112:12
113:5,10,12
113:22
114:6,17,22
115:8,9
117:6,10
118:20,23
**easements**
114:10
115:10
116:8,25
**east** 2:4
12:21
110:10
**easy** 4:24
29:5
**eau** 14:9,12
14:12,13
24:15
**edge** 12:18
87:2
**educational**
8:20
**effects** 91:20
**efforts** 46:10
47:21
**either** 26:14
30:19 38:19
55:10 87:16
92:13
101:15
119:8
**electricity**
72:9
**embankment**
52:10,11,12
53:2 65:23
86:24
121:22
122:20

123:15
**employed** 8:23
**employees**
92:24
105:17
**empties** 94:14
**encumbrances**
115:12,17
**ended** 46:21
**ends** 83:21
**engaged** 56:10
**engineering**
46:20
**engineers**
111:10
124:16
125:18
**enhance** 111:3
**entail** 9:14
**entered** 74:1
**enthusiast**
26:24
**enticed** 110:7
**entire** 68:5
78:23
**entitled**
109:12
**environme...**
70:4
**equal** 21:15
27:20
**equate** 28:5
**equipment**
126:11
**erosion** 53:22
62:15 86:17
**estate** 12:11
14:3,5 15:8
15:10,12
26:16,23
27:11 56:17
73:8 120:15
**estimate** 53:7
**estimated**
33:21
**event** 71:13
74:18 81:23
117:12
**evidence** 66:7
91:19 96:13
105:21
127:5
**evident** 85:17

evolved 80:20
exact 68:24
  97:23 98:8
  100:9
  102:16
  109:23
exactly 23:17
  38:19 57:5
  99:8 107:7
  107:9,23
  124:17
examination
  3:2 4:5
  16:25 29:11
  34:19 35:23
  36:15 59:18
  67:8 100:24
  104:7 107:2
  112:19
  116:13
  117:19
  125:6
examine 59:21
examined 4:3
examining
  27:14
excluding
  126:4
exclusive
  66:10,13,17
  66:20
exempt 73:6
exhibit 3:6
  29:9,14,18
  29:22,22,25
  30:3,19
  31:25 34:17
  34:22,25
  35:2,10
  37:11,20
  38:5 40:3,4
  40:17 41:9
  41:10,23
  45:14 47:3
  50:18,19
  59:16,21
  61:25 101:1
  101:3
  103:25
  104:10
  112:17,22
  112:25
  115:23

117:17,22
120:12
123:22,23
125:2
exhibits 3:12
  60:12,15
  71:14 127:7
existed 49:19
expected 62:9
expense 72:17
expenses
  72:18
experience
  26:15
express 86:4
extended
  82:18 83:4
  83:6 84:7
  84:13
extending
  119:8
extent 75:7
extra 70:12

_____

F

fact 3:11
  40:7 89:2,3
  93:20 117:2
  118:1 124:3
factor 73:8
factoring
  72:16
factors 16:11
  17:2,18
  29:6
factory 78:12
facts 127:14
fair 39:18
  57:5 81:6
  88:1,4
fairly 28:17
fall 46:4
far 31:2
  37:24 40:7
  40:9,21
  48:18 106:3
farm 14:6,7
  14:15,18,19
  14:25 23:21
  24:2,15
  25:9,24
fast 24:23
faster 56:7

favor 111:10
  111:11,12
features
  16:16 17:5
  85:1
february 40:5
federal 32:23
  73:6
fee 57:8 58:1
feel 5:13,20
  6:5 87:5
feet 50:14
  52:24 89:8
fell 91:25
fence 62:15
  62:16,18
ferc 42:15
  43:2 81:21
  111:7
fertilizing
  25:25
file 101:16
filed 114:16
filing 71:15
filings 70:25
  75:19
  127:16
fill 60:2
  61:6 62:23
  110:18,19
finally 26:2
  111:21
  114:16
find 53:20,22
  53:24 54:8
  56:10,13
  74:7 77:17
  77:18 98:3
  98:11
finding 68:2
  89:1 93:20
  124:3
findings 3:11
  117:2 118:1
fine 17:23
  20:12 21:10
  23:24 30:21
  38:16 39:22
  39:25 53:6
  84:2 98:9
  108:6 128:7
fire 46:18
firm 39:5

59:8 114:1
first 1:17
  4:2,24
  18:20 35:12
  48:3 49:4
  68:25 71:1
  71:2 80:22
  83:24 85:14
  88:11 98:20
  104:19
  120:14
  122:22
  127:20
firsthand
  123:12
fischer 56:8
  56:10,16,20
  57:6,19,25
  58:4,10,14
  58:25 74:2
fish 51:7,9
fishing
  113:19
five 3:9
  21:14,23
  26:7 35:6
  41:2,6
  54:16 67:4
  68:18,19,19
  69:4,9,9,17
  69:21,23,24
  78:18
fixed 58:1
flags 102:5
flood 60:3,20
  61:1,4,7
  66:1 94:17
florida 13:4
  13:21 22:7
focusing
  118:15
foley 2:3
followed 62:5
follows 4:4
followup
  102:17
fond 14:9
  80:4
foot 76:6,9
  76:10,20
  77:1,9
footprints
  124:18

forbid 64:14
  64:16
foregoing
  130:15
form 79:20
  84:15
former 92:23
forth 116:23
found 73:22
  73:24
  111:22,24
foundation
  45:22
foundations
  123:4
four 20:14,20
  69:4 78:6
  78:17 92:21
  92:23 93:9
fourandahalf
  75:25
fourinch
  49:25 54:9
frame 63:19
freezing
  71:21
freight 9:5
  34:12 35:11
  36:2,20
  44:9 45:8
  45:13 71:22
  71:23
  116:11
french 80:18
friend 23:6
  44:2
fries 80:18
front 41:9
frontage
  50:14,24
  66:10,13,18
  76:1,12,13
  79:1,3 98:3
  101:11
  102:1 106:8
  106:11
fuel 48:11,22
full 4:7 62:1
  78:25
fully 62:8
fund 47:15
further 8:20
  97:14

future 65:6
   65:11 66:24

----

**G**
galle 122:15
   122:15
galleteske
   122:11,12
gallons 46:16
gardner 63:15
gas 115:19
gasoline
   46:17 47:16
gates 83:21
gauge 120:9
gears 63:3
geneva 77:5,7
getting 15:22
   61:25 78:21
giant 80:8
gilman 2:4
gimmicks 28:8
   28:13 29:1
give 5:2
   16:14 53:6
   96:25 110:4
   110:6 118:3
   118:10
   121:6 128:5
given 105:6
gives 126:22
glass 45:1,4
go 5:14,16
   6:3 16:2
   18:4,16
   19:21 28:20
   66:16 71:23
   76:4 87:2
   92:17 98:14
   98:19 99:9
   100:20
   110:8,24,24
   111:1 126:2
   127:18
goal 42:13
god 64:14,16
goes 24:23
   94:11
   116:12
going 15:21
   18:16 19:21
   21:11 22:4
   30:22,23

41:8 55:13
57:8 58:12
61:8 67:18
73:19 75:2
76:5,23
77:6 79:15
80:7 87:19
87:24 90:20
91:16 94:17
95:11 98:11
100:7 101:1
104:5 109:8
109:9,11
112:9
good 27:17
   31:24 64:18
grade 61:17
grading 61:21
graduate 8:2
   8:8,10
graduated
   11:1,8
granite 53:13
   84:3 85:4
grant 61:17
   113:5 117:5
   118:20
granted 61:5
   112:11
   114:10,17
   114:19,22
   117:6
granting
   114:5
grass 84:1,2
gravel 48:10
   48:21 53:13
   84:1,2,6,12
   88:12 119:7
   119:21,25
green 3:10
   76:8 77:3,8
   77:8 80:8
   80:13
   112:10,14
   113:3,7
   114:2,18,23
   117:3
   118:11,18
   119:1 125:4
ground 61:9
group 1:17
grow 79:24

80:1
grown 89:20
guess 6:19
   14:22 28:18
   30:18 31:3
   37:1 39:8
   50:12 52:18
   57:2 78:4
   99:23
   100:12
   109:6
   118:22
guessing
   19:12 77:2
   94:18
guidelines
   5:2

----

**H**
half 11:4
   14:19,19
   21:19 33:14
   33:16 77:16
handled 39:4
   58:7 69:18
happening
   55:17
hard 75:24
hardware
   11:22,23,24
hash 80:19
hate 52:18
haul 9:5 70:9
   80:13,18
hauling 46:22
   80:8,9
havent 25:23
   63:25 66:5
   91:5,13
   105:25
   127:2,11
head 5:5,5
   28:12
heard 120:14
hearing 70:23
heat 71:20
hed 111:6,14
held 12:18
   20:3 100:22
help 47:11,14
   56:11 114:4
hes 44:16,20
   63:23 85:10

86:3 87:18
   87:23
high 7:22,24
   12:20 71:5
higher 14:25
   74:21,22
highest 77:5
highway 49:5
   94:12
hired 15:15
hold 23:21
holes 53:24
   54:7,7,10
   54:11,14,16
   54:17
home 4:13
   13:3,20
   22:6,14
   23:1 64:11
   109:23
honest 111:25
hook 50:5
hoover 1:17
hope 39:21
hospitals
   45:6
house 45:20
   50:15
   122:13
houses 69:16
   71:7,9
houston 13:8
   13:10,24
   23:3
huh 64:15
huhuh 24:1
hundredyear
   61:4
hunt 15:1
hunting 14:23
hydroelec...
   98:21
hydropower
   41:14 42:1

----

**I**
id 25:20
   26:13 31:16
   38:15 54:23
   69:3 73:20
   76:4 77:16
   123:23
idea 32:9

67:23 74:3
   74:9 99:16
   106:7 111:7
identical
   29:4,4
   100:12
identific...
   29:10 34:18
   59:17 104:1
   112:18
   117:18
identify
   107:17
ill 5:2 18:20
   18:21,23
   22:3 27:6
   37:10 40:1
   60:9 105:24
   112:5 118:3
   127:6,8
   128:12
illinois
   57:10
im 12:10
   13:12 15:21
   17:13,22
   18:16,17
   19:12 21:9
   23:17 26:13
   27:5,24
   30:22 31:20
   32:17,21
   33:1,1
   38:19 39:14
   41:8 42:19
   43:19 49:22
   50:25 51:2
   51:14 54:15
   54:22 55:4
   55:5 62:3
   63:5 64:1
   65:14,16
   70:23 71:9
   72:24,25
   75:2 77:2
   78:9 83:5
   84:18 86:2
   87:18,23
   89:3 90:24
   91:16 94:17
   94:25 95:1
   95:9,11,14
   95:14 100:7

101:1,2,4
104:5,21
107:7,8,15
107:17
108:2 109:8
109:11
112:9
115:18
118:15
120:7
123:22
128:8,19
imagine 17:13
immediately
11:12
impair 6:7
important
66:12,14,19
66:21 77:21
95:23 98:10
98:16
impoundment
81:15
improved
25:24
improvements
16:17 17:6
25:21
inaccurate
39:11
128:16,22
incident
124:10
125:24
126:4,5
included
62:13 71:14
75:18 105:7
including
17:5 60:14
63:7 65:12
71:9 72:18
97:17 98:2
incorporated
8:24,25
9:12 10:6
10:11 12:4
43:22
index 3:1,6
3:14
indicated
35:20 36:13
48:16 105:4

indicates
38:6
indicating
35:18 36:11
45:19 47:6
50:5 70:14
115:22,25
124:22
indication
84:19,24
105:7
indirectly
59:6
industrial
12:22 15:5
20:5 26:4
64:3
information
37:9
informed
97:15 98:1
103:19
105:12
inland 90:19
inquire
104:25
inspect 62:17
inspected
87:11
inspecting
27:14
inspections
88:22 89:7
install 69:13
instance
122:1 124:4
instructions
6:1
integrity
51:23
intend 7:19
54:18 62:23
66:7 96:12
105:21
121:14
122:6
123:17,19
127:4,14
intended
75:24
intention
54:25 76:1
intentions

55:9 65:24
interactions
105:17
interest
16:15 18:6
23:2,10
97:21 99:15
120:10
interested
16:8 56:15
57:16 58:11
97:16
103:20
104:4
105:13
interesting
123:6
interpret...
37:2
interstate
80:17
invest 98:14
98:15
invested 13:7
73:14
investment
23:7 51:4,5
51:17 68:11
72:24
investments
73:1
invests 12:11
involved 14:4
iraq 111:24
irrelevant
115:1
isnt 39:15
62:18 77:7
77:8,11
115:2
issue 67:10
98:16 110:3
110:5
issued 61:13
61:16
issues 65:13
66:4 98:4,7
99:10
108:24
109:5,19
121:24
123:13
item 3:21

items 44:1
ive 5:21 25:4
25:25 26:25
27:18 31:22
39:23 44:9
53:18 68:6
68:9,17
71:20 74:21
84:9 90:23
92:3 127:7

———— J ————
jobs 10:8
jogging
113:16
john 63:15
judgment 12:8
60:10,15
63:4 70:15
70:24 71:15
75:19 84:17
100:16
101:3
128:16
july 97:2
106:14
jump 126:14

———— K ————
karl 104:5
keep 71:21
79:5
keeping 72:12
kind 17:10
50:11 54:7
80:16 83:19
84:20 87:19
kinds 55:20
62:19 123:1
knew 55:15
81:10,17
98:24 123:9
know 5:11,15
5:19 6:3,13
6:14,15
21:10 25:4
27:4,22
28:8,10,16
29:3 31:3
31:20 32:17
37:8,24
40:7,9,21
42:11 43:3

43:19 45:3
45:3 46:24
54:9 56:3,3
57:1,3,12
58:20,22
63:17 64:10
64:10,12,18
65:6,6
70:11 74:20
75:12 76:7
76:11,12,14
77:4,5,7,22
78:13,19
79:19 80:25
82:3 83:21
86:10 87:1
87:19 88:7
88:24 89:5
89:9,9,17
89:22 90:8
90:18,23
91:2 92:3
92:11,13,14
92:22 93:3
93:7 94:2
94:19,23,25
95:3,12,15
95:20 96:7
97:8,23
98:8 99:25
102:16
106:17
107:11,13
107:14,16
107:22
108:2,3
109:10,12
112:15
114:15,19
115:18
116:8 118:5
120:18
121:8
122:21
123:10
124:18
125:12,17
126:7,11,24
126:25
127:10,19
127:20
128:2,2
knowing 58:23

**knowledge**
115:7
121:24
123:12
125:22
**knows** 23:7
122:2
**kroening** 1:16
130:14,20

—————————
**L**
**labeled** 35:14
36:7 50:13
**labor** 72:20
**lac** 14:9 80:4
**lack** 50:12
**lacks** 117:5
**lady** 72:3
**lake** 76:8,9
76:25 77:3
77:3,5,7,8
77:8
**land** 1:6
12:15,17
13:14,15,17
14:6,7,15
14:18,23,25
18:21 19:5
20:1,2 22:3
22:9 23:21
24:3,11,15
25:10,13,24
27:3 30:7
30:17 31:3
31:5,14,17
34:15 41:12
42:8,16
43:1,5,8,8
46:8 51:4
56:11 58:22
59:14 66:9
68:23 75:13
98:1 99:5
101:9 105:5
110:9
118:11
**landfill**
70:10,19
**landowners**
82:2
**lardner** 2:3
**late** 46:4
73:9

**lateral** 49:10
49:17,25
69:13
**laterals**
49:18 50:9
**law** 1:17 59:8
**lawn** 72:11
**lawns** 68:17
**lawsuit** 13:2
13:19 30:13
63:1 65:13
88:20 107:6
107:20
108:24
109:5,19
121:25
123:13
**lawyer** 7:5,8
**lawyers** 64:12
**laying** 92:9
**leading** 18:2
54:4
**lease** 22:13
44:21
**leased** 44:7
45:7 46:7
**leave** 27:6
111:19
**lee** 2:3 3:3
4:6 17:1
29:8,12
34:20 35:19
35:24 36:12
36:16 59:19
67:3,9
100:20,25
104:8 107:3
112:20
116:14
117:16,20
125:1,7
128:24
**left** 63:25
**legal** 67:12
**lemke** 104:5
104:24
120:9,25
121:7
**lemkes** 103:24
120:7
**letter** 3:10
58:17 60:6
103:20

104:17
105:13
128:5
**level** 61:9
81:14,20,24
**licensed**
15:12,17
27:10,21
28:1,22
**life** 84:10
**light** 128:20
**line** 85:6,8
104:19
**lines** 12:20
49:16 69:13
115:19,21
115:24
116:15
**list** 18:4,22
**listed** 17:19
18:20 39:18
**listen** 109:15
**listing** 85:21
**lists** 62:4
**little** 7:21
28:8,13
63:3 71:5
87:9,20
**living** 10:12
**llc** 19:18
**llp** 2:3
**locate** 58:10
**located** 34:1
34:4 35:11
35:22 36:3
36:6,10
45:16 47:4
82:10,22
86:23
**location**
16:10 17:3
**logs** 127:23
128:10
**long** 22:16
23:9,9
58:13 64:17
100:1
**longer** 128:17
**look** 16:2
17:16 74:15
82:4,12,16
83:1 84:5
84:11 86:18

87:3 117:14
**looked** 53:18
83:24 86:6
86:11
**looking** 17:13
24:7 29:3
41:23 61:25
82:12 87:14
114:3 123:2
123:22
128:8
**looks** 60:6
90:10,13,13
**lose** 77:14
**loses** 78:2
**losing** 78:24
**loss** 79:21
**lost** 68:3
**lot** 15:4,6
19:17 21:1
22:5 26:3
26:15 27:13
37:18 38:2
38:5,17,25
39:20 40:3
40:8,11,13
40:15,17,18
40:24 45:16
47:7 48:15
48:17 50:12
56:18 73:14
89:23 90:10
105:23
106:1 116:1
125:4
**lots** 12:16,24
19:6,9,15
19:22,22
21:2,13,15
21:18 41:24
42:8,25
49:18 68:19
**love** 64:8
**lowest** 50:4

—————————
**M**
**madison** 2:4
**mains** 49:10
**maintain**
51:22
**maintaining**
88:5,7
**maintenance**

84:20 89:6
91:8,12,14
93:13 95:8
**major** 8:13
**maker** 57:22
**making** 72:24
72:25 73:14
**mall** 78:7
**man** 113:24
**mandated**
81:21
**map** 35:13
101:19,22
101:25
**march** 37:21
**mark** 3:10
29:15 44:16
49:21 96:17
101:1
104:18
105:2 128:6
**marked** 3:7
29:9,13
30:17 34:17
34:21 37:10
59:16,20
103:25
104:9
112:17,21
117:17,21
**markesan**
80:10
**market** 57:20
74:16 103:2
**marking** 35:9
**married** 4:18
**materials**
44:17
**matter** 56:24
**matthew** 2:3
**mean** 9:4
12:14 14:20
15:20 27:2
27:11 42:6
50:22 54:21
60:25 63:11
65:1,17
66:15 84:23
92:6
**meaning** 16:17
54:4 58:14
63:1
**medical** 6:4

medications
6:6
meet 7:5
109:25
meeting 59:2
59:4 96:16
96:21 97:1
97:7,15,20
100:2
101:14
102:10,12
102:18
103:7,12
106:17
107:4,21
108:6,9
120:15
128:6,11
meetings
105:16
107:8,10
memory 87:20
mentioned
87:17,21
127:9
menzl 113:24
meredith 1:16
130:14,20
message
111:19
met 102:22
103:5
107:25
metal 45:21
72:5
method 28:21
midwest 9:10
military
10:21
million 68:9
72:15 74:19
mine 44:2
78:18,19
110:19
minimum 68:11
minute 16:14
29:14 34:22
91:17 102:6
104:13
112:22
minutes 67:4
108:18
mitigate

110:16
mobile 13:3
13:20 22:6
22:14 23:1
moment 59:21
118:4
money 47:17
73:13 80:15
monitor 53:16
monitored
91:20
monte 80:10
month 7:18
44:20 72:1
months 11:6
11:19 41:3
moodie 1:7,14
2:7 3:3 4:1
4:9,11,12
8:24,25
9:11,23
10:5,11
12:4 29:9
29:13 30:20
34:17,21
35:20 36:13
43:22 59:16
59:20
103:25
104:9
112:17,21
112:25
115:23
117:17,21
125:2 129:2
morning 97:13
mortar 55:5
move 56:7
123:14
moved 12:20
45:12 52:17
53:1,5,9
81:7 116:19
moving 20:1
37:20 38:5
40:3,17
121:21
122:19
mow 90:6,8
mowed 68:17
89:21 90:13
90:17
mowers 90:22

mowing 72:11
90:1
municipal
73:4

_____ N _____

name 4:7,7,10
9:21 44:14
63:15
122:14
narrow 36:13
nationally
9:7
natural 83:19
83:22
115:19
nature 102:7
near 35:15
36:14
126:21
nearly 29:4
necessarily
24:8 27:24
28:20 54:20
55:3,8
necessary
39:25 41:13
41:24
need 5:13,18
42:8,9,11
42:12,18,25
43:3,5,7,20
67:23 68:23
77:22 103:4
103:13
109:10
112:22
needed 43:13
117:11
needs 90:17
negative 79:6
negotiated
57:13
negotiations
58:5
neighbor
122:12,14
123:9
never 15:15
25:25 43:4
43:12 46:7
55:12 59:13
75:24 76:1

89:13 90:2
90:23
106:16
111:13
114:9
124:22
125:9,20
nevertheless
7:14
new 64:20
80:11 90:4
nice 50:24
nod 5:5
north 31:4,6
94:7,7,13
125:4
northern 31:4
northwood
85:23 87:10
93:19
103:11
119:11,14
120:18,21
120:24
121:5,14
northwoods
119:23
notary 1:16
notes 37:21
100:2
130:16
notice 3:8
29:21 30:12
103:18
noticed 89:19
95:17
november 4:17
number 3:7
35:14,21
36:7 37:11
37:18,20
38:2,5,17
38:25 39:20
40:3,8,11
40:13,15,17
40:18,24
45:11,16
48:15,16,17
50:6 68:24
73:2,8
74:17 78:5
93:20 116:2
120:2

127:22
numbers 74:21
74:23 75:7
75:9
nursing 64:11

_____ O _____

oath 87:25
objection
3:14
objections
3:16
objective
28:22,25
observation
119:23
obviously
19:21 51:18
70:23 126:3
occasion
52:25
occasionally
12:11
occupied
50:16
occurred 58:2
october 38:11
113:12
offer 106:10
108:10
offered
106:13
office 9:15
13:9,25
106:21
offices 1:17
64:13 96:22
officetype
64:10
oh 20:10
52:22
100:15
103:23
111:23
okay 5:24
6:17 7:3
8:16 14:13
15:3,7
17:23 18:12
18:19,24
19:3 23:25
26:15 29:8
29:17 30:20

30:25 31:1
31:16,18,19
31:24 33:3
34:24 35:9
36:24 37:9
38:14 39:9
40:2 41:21
43:16 45:14
45:14,18,24
48:25 49:23
50:7 51:7
58:10 59:9
59:23 60:9
60:11,13
61:20 62:2
66:25 67:3
67:11 70:18
71:17 72:8
73:16,16
75:4,6
81:13 83:16
84:5,16
87:25 88:4
91:18 92:17
93:18 95:21
96:2,15
100:11,18
101:21
103:15
104:15
105:16
108:7 110:1
114:21
115:6
116:20
117:16
118:7,17
122:4 124:2
125:12
127:13,25
128:13
**old** 78:12
116:11
123:4
**once** 20:15
46:17 62:17
79:3 85:17
87:17 89:21
106:12
114:15
123:3
**oneacre** 15:4
26:3

**ones** 18:18
**open** 37:1
**operate** 9:6
**operated**
102:11
**operating**
81:7
**operation**
41:14,25
80:23
**operations**
6:4
**opinion** 33:18
42:4 76:16
86:5
**opportuni...**
23:7
**opportunity**
52:8
**oppose** 58:18
**opposed** 19:18
**original** 3:12
3:12
**originally**
36:22
**oshkosh** 8:7
8:11,18
11:1,10,11
**outlined**
106:1
**overgrown**
110:12
**overgrowth**
86:21
**oversized**
49:9,17
50:2,8
69:13
**owned** 13:23
20:24 26:2
31:5 76:14
99:4,5
101:24
110:10
**owner** 9:17
**owners** 32:3
**ownership**
9:19 18:6
23:2,10
41:13 98:4
98:7,16
99:10 110:4
**owns** 32:13

78:8,10

_____
**P**
_____
**page** 3:2,15
3:21 30:18
31:25 41:10
50:18 60:10
101:2 118:3
123:23
**pagel** 121:17
121:17
122:6,9,10
122:10
**paid** 20:13
24:25 25:17
39:19 48:4
59:1 68:15
68:15,16,22
69:11 70:9
71:18,19,20
76:18
116:21
**paper** 100:9
101:13
**paperwork**
19:16
**paragraph**
62:1 104:19
118:5
123:23
124:1
**parcel** 30:17
30:18,19,20
30:22,24,25
31:4,6 32:1
32:5,6,10
32:20,23
33:3,9,12
33:15,19,22
34:2,15,16
35:12 36:7
37:11,20
41:10 42:20
43:5,14
45:17 50:18
50:19 51:15
51:20 53:3
53:10 61:18
62:21 63:7
65:12 67:15
67:22 71:2
75:21 76:2
76:18 77:15

77:24 78:2
78:21,22,24
92:19,20,25
93:6,14
96:9,10
97:17 99:6
105:1,7
114:11,17
114:20,23
115:10,13
115:21
118:21
119:7,22
126:4
**parcels** 3:9
35:7 37:7
41:6 49:5
**pardon** 55:24
**park** 12:22
13:3,20
15:5 22:6
23:1 26:4
94:7,8,10
94:10,17
95:24 111:1
112:12
113:6 119:3
**parking** 13:9
14:1
**parks** 76:15
**part** 9:17
28:18 51:3
59:1 61:21
73:9 90:16
90:16 113:7
114:2
124:20
**particular**
89:8 122:1
**parties** 57:17
**parts** 61:2
89:7 121:18
**party** 19:19
**pay** 20:15
24:5 26:8
47:11,14,17
47:23 48:3
50:3 58:25
68:4 72:9
72:15 74:8
**paying** 27:5
44:20 72:1
73:5

**payments**
20:19
**payroll** 9:15
**peas** 80:9
**pensacola**
13:4,20
22:6
**people** 15:1,2
25:23 57:9
70:4 79:7
83:16 111:7
111:14
113:19
114:4 123:2
123:6
**pepfa** 47:15
48:4
**percent** 28:7
28:15 68:8
72:22 73:5
73:7,15
78:1,4
**percentage**
29:2 57:4
**perforated**
110:22
111:8
**perform** 9:1
61:14
**performed**
30:8 88:22
**performing**
91:8,11
93:12
**perimeter**
62:16
**period** 20:14
20:20 128:1
**permanent**
113:9 116:8
**permission**
60:19 61:5
61:10 95:5
114:19
115:3
118:10
**permit** 3:9
60:2,5,6
61:13,16
62:3,5,7,14
62:20 64:22
**person** 63:14
113:25

**personal** 14:5
44:1 72:20
**personally**
25:23 55:3
**pfof** 126:6
**phone** 127:21
**physical**
79:17 85:1
**physically**
79:10 82:15
**pictures** 53:8
119:17
**piece** 16:6,7
22:8 92:7
100:9
101:13
**pieces** 29:4
**place** 21:9
55:15 72:4
96:22 98:20
**placed** 65:22
**places** 98:14
**plain** 14:11
60:4,21
61:1,4,7
**plaintiff** 1:4
2:3
**plan** 55:12
**planned** 74:4
**plant** 80:10
80:11,13
**please** 4:8,10
29:15 62:7
**pleine** 14:10
14:12,13,14
24:15
**plover** 4:14
12:15 13:14
18:21 19:5
80:12
**plowed** 68:17
72:12
**plug** 53:25
94:16
**plus** 72:22
**pocket** 47:18
**point** 1:18
7:20 12:25
13:18 22:4
31:20 33:13
35:8,9 36:9
36:25 39:15
41:14,20,25

50:4 58:20
63:5 73:14
77:22 78:6
79:13,14
80:5,24
93:23 94:6
95:4,8
99:13
109:16
126:22
127:1
**pointing**
125:2,3
**popular** 55:21
55:23,25
56:2
**portage** 1:6
14:10 79:24
80:6 112:12
113:5 119:3
**portion** 13:24
32:6 44:7
44:21 48:7
61:17 66:8
87:14,15
99:5 101:8
105:8 113:6
114:13
121:9 125:3
126:2
**portions**
119:21
**position** 9:11
41:11,16,17
41:19
**possession**
32:20 67:11
**possibility**
78:3
**possible**
110:18
**possibly**
106:3 108:7
108:8
109:22
**posted** 62:6
**potatoes**
80:18
**power** 1:3
31:12 32:13
32:16,23
71:25
115:21,24

116:9,10,15
116:17,21
**precision**
45:1
**prepare** 6:17
**present** 7:11
7:15 65:11
66:7 96:11
96:12
105:20,21
127:4
128:12
**presentable**
65:21
**presented**
101:21
**president**
9:13
**pretty** 27:17
27:24 35:6
70:17 103:2
**previous** 5:14
106:15
**previously**
49:18
**price** 17:17
20:21 21:24
37:17 38:2
38:17 39:7
39:10 40:10
40:24 72:17
**prices** 17:8,9
17:10 21:20
37:8
**primarily**
56:15
**prior** 113:15
**privacy** 79:2
79:7 110:5
**private** 12:10
**pro** 2:7
**probably**
18:11 21:7
21:7 22:17
22:19 23:12
23:14 24:13
24:18 25:5
47:5 52:24
54:16 63:23
69:8 71:5
71:10,12
76:9 77:2
81:5 85:20

89:6 100:7
100:17
106:20
109:1
116:24
120:6 121:3
127:6,8
**problem** 99:22
102:2,8,9
109:14
**procedure**
17:14
**procedures**
7:2 27:23
28:1
**proceeded**
98:5
**proceeding**
67:12
130:17
**process** 15:24
15:25 73:21
**processed**
80:18
**produce** 75:2
100:8 128:9
**professional**
28:2
**profit** 12:12
**prohibited**
73:13
**project** 41:15
42:1 61:21
62:6 66:11
66:14,18
98:22,23
**projects** 57:9
110:17
**promote** 56:4
57:8 58:21
**pronouncing**
122:9
**properties**
16:3 18:5,8
18:17 63:17
**property**
12:24 13:1
15:25 16:7
16:8 17:4,4
17:5,7,11
17:12,12,17
17:20 19:11
22:16 23:11

25:7,22
27:8,14,14
27:15,20
28:5,6 29:5
31:17,18
34:5,11
36:4 38:25
42:12,19
43:10,17,23
44:4,8,21
46:8,11
47:1 48:8
49:3,11,13
51:3,13
54:19 55:2
55:14 56:14
56:22 57:7
57:20 58:19
59:5 60:3
60:20,22,23
60:25 61:2
61:3 63:7
64:3 65:1
65:11,15,19
65:25 66:17
72:16 73:17
73:18 74:4
74:10,18
75:11 76:5
76:22 77:13
77:25 78:2
78:23,25
79:10,16,17
79:18,22
81:1,4,11
81:18,25
82:4,7,11
82:18,22,23
83:2,5,6,25
84:6,12,14
84:18,21,25
85:6,8,12
85:15,22,25
86:7,13,14
87:12,14
88:21,23
89:13,16,18
91:22,23
92:2,18
93:22 94:7
95:16 96:16
97:17,22
98:12 99:1

99:4 101:24
102:14,20
102:23
103:1,21
105:14
109:25
112:11
113:7
114:13
115:15
117:7
119:10
120:10
124:6,13,20
125:13,23
126:3
**proposed** 3:11
30:6 89:1
93:20 117:1
118:1 124:3
**prove** 89:10
**provide** 42:9
42:15 43:2
**provided** 49:1
**proving**
128:11
**provisions**
1:15
**public** 1:16
42:10,16
43:2 79:4
93:23 94:6
94:19,21
114:1
**pull** 41:8
**purchase** 13:5
33:15,16
37:7,8,17
38:2,10,17
38:23 40:10
40:22,24
72:17
106:16
**purchased**
22:8 23:2
37:17 40:18
46:11 48:21
49:3 82:23
84:18 86:13
87:12 89:18
91:23 101:9
**purchases**
41:2 68:19

**purchasing**
9:16 86:9
99:21
103:21
105:14
**purport** 113:4
**purportedly**
117:6
**purpose** 12:12
42:21 67:12
**purposes**
30:16 38:16
**push** 90:22
**put** 39:14
49:9,11
51:10 52:9
53:23 62:15
94:3 102:5
110:22
114:4 128:1
**puts** 45:5
**putting**
125:25

——————
**Q**
——————
**qualified**
27:9 47:15
**qualifier**
78:9
**quarterly**
71:19
**question** 5:10
5:22,22
27:12 65:16
74:9 84:9
88:2 93:3
99:23
107:24
**questions**
4:24 5:4
6:12 18:2
30:24 77:23
112:9 115:4
128:25
**quick** 123:24
**quickly** 37:6
**quit** 85:6
**quitclaim**
39:1,2,6,18
**quite** 69:9
**quote** 63:6
84:20 93:22
93:24 117:4

117:4
**quoting** 12:10
63:6 84:19

——————
**R**
——————
**rail** 88:17
**railroad** 39:3
39:4 88:10
88:13,14
94:4
**rainbow** 4:14
**raise** 61:8
63:18 65:25
109:9
127:15
**ramp** 13:9
14:1
**ran** 82:11
**range** 21:17
21:20 38:20
**rapids** 12:17
12:21,23
13:15,17
20:2,4,25
70:11 96:22
**rate** 72:23
**raw** 12:15,17
13:14,14
18:21 19:5
20:1
**read** 7:2 62:7
62:11 105:8
118:4,5,13
123:24
**real** 12:11
14:3,5 15:8
15:10,12
26:16,23
27:11 56:17
73:8 120:15
**really** 88:9
123:6
**realtor** 84:25
86:1 104:3
105:5 120:8
**reason** 6:10
17:23 33:23
38:9 39:9
42:22 88:25
93:8,16
126:8
128:13
**reasonable**

68:10
**reasons** 42:18
**rebuilt** 49:7
**recall** 5:1
20:21 22:21
30:11 60:14
63:9 86:20
86:22 87:11
88:2 93:24
99:17
102:21
103:21
113:18
117:7,12
120:11
**receive** 57:25
67:21 75:23
**received** 8:16
58:17
**recess** 67:6
**recognize**
29:18 30:2
59:24 101:5
104:10
112:25
117:22
118:19
**recognized**
117:4
118:12
**recollection**
38:11
104:25
**record** 4:8
18:1 35:19
36:12 48:14
100:19,21
100:23
115:5 125:1
**recover** 68:9
**recreation**
14:19,20
25:10 42:10
44:5
**rectangul...**
50:12
**red** 84:2
102:5
**redone** 49:6
**reduced** 78:1
**refer** 30:17
30:22 31:16
31:21 32:15

94:21
**reference**
62:6
**referenced**
50:10
**referred**
48:14 67:18
75:11
120:19
**referring**
31:24 32:5
42:19 50:18
60:22 68:14
75:10,14
82:21 101:2
104:22
105:11
107:9 109:1
115:23
118:8,25
120:7
123:22
**refiled**
127:22
**reflect** 35:20
36:12 125:1
**refreshed**
87:20
**regardless**
58:1
**register** 16:2
**regularly**
92:25
**reinforced**
51:24 53:1
**reinforce...**
87:4
**related** 59:4
59:4 66:8
**relations**
114:1
**relevant**
26:20 28:10
29:7 65:13
66:6 67:1
96:11
105:20
107:5,20
109:4,13,14
109:19
127:3
**reluctant**
109:15

110:4
**rely** 112:5
127:6
**remarks**
103:24
**remediation**
46:10 47:20
48:6 69:12
**remember**
24:25 25:17
38:21 86:16
92:5 97:11
99:8 102:4
102:16
103:10,17
**remembered**
123:8
**removal** 69:25
**remove** 92:9
**removed** 89:14
89:20 92:12
116:17,22
**removing** 71:7
71:9
**rent** 44:13
**rented** 44:9
**renters** 71:24
**repeat** 77:17
**replaced**
49:19 50:1
**replacement**
64:1
**reply** 103:18
103:23
**reporter**
16:22
106:24
116:5
**reporters**
130:7
**represent**
7:19 60:9
**represent...**
107:19
**represent...**
105:18
**represented**
7:7 43:12
**request** 75:2
127:20
**requested**
49:9 127:19
**requests** 3:20

**requirement**
42:14
**requirements**
43:1
**reservoir**
13:18 22:4
80:24
**residential**
14:5
**residents**
22:14
**resolved**
62:25
**respect** 57:6
62:21
**response** 12:8
93:19 99:17
102:3 117:1
117:13
124:3 126:6
**responses**
3:11 117:25
**rest** 48:4
115:15
**retained**
57:19
**retired**
113:25
**return** 68:7
68:10 72:24
**returned**
58:16
**review** 6:24
7:1 29:14
34:23
104:13
112:23
**rezone** 63:6
63:12 64:7
**rezoning**
64:22
**riders** 90:22
**right** 7:16
8:15 9:23
9:24 10:20
11:25 12:5
12:7,13
13:3 14:2
14:16 16:12
17:3,21
19:4,10,20
20:18,18
21:3 22:9

22:10,15
23:23,24
24:12 26:4
26:5 30:10
31:7,9
32:22 33:12
33:13,16
35:17,21
36:11 38:22
40:23 41:6
41:7 42:4
42:14,17
43:15 44:10
45:9,10,17
45:19 46:12
46:13 47:5
47:7,8,22
48:18 51:2
52:15 54:6
55:2,7
56:12 58:8
58:9 59:12
60:24 61:15
61:17,19
62:10,12
63:2,8
64:14,16
66:1,2 67:2
67:20 69:14
69:23 71:4
71:16 72:21
74:4,8
81:11,12,18
81:25 82:13
82:20,25
83:3,8,20
84:3 85:5
85:16 87:18
87:23 88:3
90:21 97:5
99:2 101:18
101:20
105:15
106:15
113:11
114:24
115:9
116:17
119:22
120:13
121:22,23
122:9,16,17
124:21,21

126:23
**rights** 113:5
113:10
114:11
**ripon** 7:24,25
14:8 15:5
23:22 26:3
80:2,3,8
**riprap** 51:25
52:2 53:1
86:23
125:25
**risk** 68:2
**river** 35:8,15
49:7 50:21
50:22 51:25
52:9 65:23
110:11
121:21
122:20
123:3,15
**road** 1:17
49:8
**robert** 1:6,14
2:7 3:3 4:1
4:9 129:2
**rocks** 52:17
53:4,9,23
53:25 54:10
54:14 87:7
122:25
**room** 108:12
108:13,15
**rosendale**
10:16
**roughly** 19:23
**roy** 113:24
**rudolph** 14:16
25:11
**rules** 28:8
**run** 9:8

───────
**S**
**sale** 17:8,9
17:17 20:21
39:6,10
57:14 58:2
58:2,18
75:16 98:2
102:23
**salesman**
121:19
**satisfy** 42:9

43:1
**saw** 83:1 84:8
84:12 88:11
88:12 92:7
92:8,8
113:18
121:21
122:19,22
123:11
**saying** 17:15
17:22 63:9
70:25 78:9
93:24 95:14
103:22
105:2
122:19
128:5
**says** 85:1
104:24
111:23
**scharff**
106:18
107:8,21
108:1,14
109:3,4
**school** 7:22
7:24
**sculptures**
72:6
**se** 2:7
**second** 62:1
122:22,23
**section** 34:14
85:2,3 86:6
88:6 89:15
90:5 92:5
**sections**
34:13,13
**see** 16:3,4
22:19 40:13
53:8 56:5
74:15 82:15
87:1,3,6,7
99:22
104:21
113:15
114:21
121:10
123:6 128:4
**seeing** 99:18
123:14
**seeking** 21:21
**seen** 34:25

90:23 91:3
91:5,7,11
91:13,25
92:4 95:7
**seepage** 53:18
53:20
**sell** 13:12
17:21 18:10
19:22 20:9
22:18 23:15
24:7 25:6
26:14 54:24
55:10 58:20
67:25 73:12
74:4 78:15
121:10
**seller** 19:14
47:9,11
49:1
**selling** 16:9
26:16 58:23
**sentence**
104:20
118:9
**separate**
69:24
**serve** 10:23
**served** 11:13
30:11
**service** 10:14
10:19 11:5
111:19
**services**
49:13
**servicing**
116:16
**set** 55:12
57:8 59:2
**setting** 67:10
87:10
**sewer** 49:10
49:16,25
50:3,8
69:13
**shaded** 36:14
**shake** 5:6
**share** 9:19
13:11,13
**sherri** 122:11
122:14,15
**shes** 122:12
**short** 73:21
**shortly** 49:4

95:16
**shouldnt**
77:19,19
**shoveling**
72:11
**show** 45:14
47:3 74:22
99:15 104:9
**showed** 99:11
99:11 100:5
101:12,17
**showing** 29:13
34:21 59:20
101:4
112:21
117:21
**shows** 37:5
101:25
**shrug** 5:6
**side** 12:21
51:24 53:25
54:2,3
86:24 87:16
92:7 94:8
94:13,15
**sidewalks**
72:12
**signed** 59:13
**silt** 62:15
**similar** 17:11
**single** 22:8
**sit** 34:10
61:20 79:8
127:13
128:13
**site** 62:6
78:13
**sitting** 6:10
45:25 76:7
76:16 88:14
116:15
**situation**
59:12
**six** 11:5,18
54:16 68:7
69:17,21
72:22 73:2
73:5,7,15
**sixth** 104:19
**size** 21:15,17
33:23
**skip** 22:3,5
**slab** 45:23,25

46:1,2
**slope** 54:4
90:19,19,20
**sloughing**
86:17
**small** 80:9
**snow** 68:17
**sockcovered**
110:22
111:8
**soil** 46:21,22
70:7
**sold** 12:16,20
13:7,10,13
13:22,23
16:3,4
17:11 18:25
19:1,9 20:3
21:13,14,23
22:21 23:1
23:13 27:4
43:9 75:12
84:25
**somebody**
44:25 55:11
56:6,13
57:3 69:19
70:9 74:7
80:12 95:10
95:19
**soon** 62:24
**sooner** 24:22
**sorry** 13:12
21:9 49:22
51:14 54:2
83:5 115:5
120:7
**sound** 5:23
19:3 122:16
**sounds** 70:25
**south** 94:15
101:8
**space** 44:9,11
44:12 45:8
**speaking** 96:8
105:2
**specific**
42:17,22
**specifically**
47:24 60:18
65:14 78:21
93:5 96:8
98:6 99:25

118:8
**specifics**
121:6
**speculation**
54:22
**spell** 4:10
**spent** 27:13
41:5 68:20
71:1,2
**spot** 64:18
**spots** 22:13
**spread** 53:13
119:21
**sprede** 44:16
44:22 45:5
**spur** 88:10,13
94:4
**ss** 130:10
**stability**
53:17
**standard**
49:20,24
50:2
**standing**
113:20,21
**start** 9:25
10:3 18:20
19:5 37:10
62:23 84:10
88:8
**started** 10:11
11:1 12:3
19:12 46:4
85:7 90:4
121:4
**state** 1:17
4:7 8:7
11:11 27:12
73:5 86:15
101:23
123:10
130:9
**stated** 42:8
42:13 63:3
93:21
103:18
**statement** 6:8
118:25
120:8,11
**statements**
128:15,22
**states** 1:1
9:9 37:11

40:4,18
104:2
**stating** 117:7
117:13
**statutes** 1:16
**stay** 108:15
**stayed** 80:16
80:21
**steel** 45:25
**stenographic**
130:16
**steps** 65:20
**stevens** 1:18
12:25 13:18
22:3 35:8
36:25 41:14
41:25 63:5
78:6 80:5
80:24 93:23
94:5 95:3,7
**stones** 52:9
53:14 65:22
121:21
122:19
123:14
126:1
**stop** 57:12
99:20
**stopped** 58:12
99:20
**storage** 44:11
44:12 45:8
46:15,24
47:4
**store** 11:22
11:23,24
43:25
**stored** 43:18
**stores** 44:2
44:17 55:20
**story** 120:19
**straightened**
110:3
**street** 2:4
35:16 36:14
37:4 40:14
49:5 50:14
94:9
**stressed**
95:23
**strike** 15:9
20:25 27:8
33:8 38:24

57:24 60:18
66:20 77:24
84:8 97:6
102:11
121:5
127:18
**stringing**
70:5
**strip** 110:9
**structure**
93:23 94:6
94:22
**stuff** 43:25
45:12 78:15
**subdivide**
19:11 21:5
22:11
**subdivided**
12:16 19:6
21:2,6
**subdivision**
12:23 13:16
20:25
**subject** 13:1
13:19
**subjective**
28:17
**submission**
70:16
**submissions**
84:17
100:16
101:4
128:16
**submitted**
5:21 89:1
92:22 93:4
109:2 112:6
121:20
122:18
127:8
**substance**
103:6
**successful**
27:18
**sue** 47:9
**suggest** 91:19
**suggestions**
110:7
**suite** 1:17
**summary** 12:8
60:10,15
63:4 70:15

70:24 71:14
75:18 84:16
100:15
101:3
128:15
**sunday** 122:24
**suppose** 14:23
16:12 17:22
56:23 57:23
70:7 83:18
**sure** 6:5 11:7
20:11 23:17
27:3,13
31:23 38:19
38:21 39:16
44:15 54:15
62:18 64:2
65:16,17
67:5 86:2
90:25 93:7
95:2 98:17
107:8 108:2
**surprise**
124:25
**survey** 30:6
35:5 37:5
99:11,12,18
100:4 101:8
101:19,22
**surveying**
30:8
**surveyors**
33:21
**swear** 87:19
87:24
**switching**
63:3
**sworn** 4:3
**system** 95:24
95:25

————————
**T**

**take** 5:18,21
5:23 17:19
19:6 26:13
28:4 29:14
32:23 34:22
52:9 59:21
67:4 68:2
70:7 72:15
100:2
104:13
**taken** 1:15

51:22 67:7
69:16
116:21
130:17
**takes** 77:14
**talk** 7:21
22:5 30:15
71:23 75:5
95:22
100:13,18
108:5 111:6
**talked** 17:24
64:1 65:3
65:17,18,22
65:24 66:3
66:5 72:18
93:14
**talking** 31:21
32:17 63:19
64:19 71:7
88:9 92:19
93:6 107:12
116:1
**tank** 46:15,25
47:4
**tax** 63:18
73:6 78:16
114:8
**taxed** 14:22
14:24
**taxes** 68:16
68:22 69:1
72:19
**teacher** 72:4
116:18
**tell** 18:9,10
29:20 30:5
35:4 60:1
85:9,11
102:10,12
102:23,25
103:4,6
104:16
106:4
107:13
108:21
113:2 121:2
124:13,22
**telling** 58:17
93:9
**temporary**
113:9,10
**ten** 22:17

25:16 52:19
52:20 89:23
90:9,11,14
120:5
**terminal**
34:12 35:11
36:20 44:10
71:22,24
116:11
**terminated**
129:2
**terminating**
1:19
**terminology**
30:15
**teske** 122:15
122:16
**test** 46:20
**testified** 4:3
68:18
119:14
**testifying**
92:24
121:20
**testimony** 6:7
101:12
**texas** 13:8,25
23:3
**thats** 7:9
13:1 14:21
14:24 15:7
17:22,23
18:14 20:12
22:25 23:20
24:21 25:16
26:5 28:10
28:16,17,18
31:1,8,19
32:2 33:17
34:13 36:2
37:1 38:16
39:10,19,22
39:25 40:6
40:12 42:24
47:20 48:18
49:23 50:8
51:4,5 53:6
56:8 61:20
68:11 70:8
70:13,15
71:4,5 77:2
77:4,4 84:3
87:23 88:10

94:4 98:9
99:21,25
102:7 103:2
104:4 108:6
110:21
114:25
116:11
119:11,23
124:7
125:10
126:15
128:7,8
**theirs** 78:20
**theres** 29:22
31:2,9,11
34:12 50:15
78:6,8 83:9
94:9 105:23
106:1
110:11,14
115:24
116:24
123:4 128:3
**theyre** 18:14
18:14 28:9
29:1,5 45:4
63:11 64:19
69:2,8 90:7
90:14,19,24
90:25 93:6
94:24 95:2
96:4 114:25
116:8,15
**theyve** 25:24
42:24 43:7
43:12 69:9
89:22
**thing** 45:7
67:25 72:5
114:16
**things** 15:23
28:4,19
31:22 43:18
44:3,18
45:6 53:19
55:21 72:25
73:19 80:19
89:23 92:25
93:13
105:24
127:10
128:3
**think** 6:21

11:3 14:21
15:7 16:12
16:14 17:2
17:15,17,20
17:24 18:13
19:2 20:19
23:16,16,16
24:11 25:2
25:19 26:11
26:20,25
27:7,9,17
27:19,22,24
28:1,21
29:7 36:22
36:23 38:9
39:9 40:12
42:22 46:16
47:25,25
48:11 49:14
52:17 56:1
64:6 65:12
66:6,11
67:1,2,21
67:23,24
68:1,4,25
70:13 71:4
72:14 73:17
74:18,20
75:13,20,22
76:2,4,19
77:13,18,21
78:7,11,24
85:13,23
86:1,2
87:18,21,22
88:4,5
89:21 90:3
90:3,6 92:3
92:6 93:8
94:2,3,5
95:13,18
96:3,11
97:2,12
100:14,15
101:23
103:17,23
105:19
107:19
108:22
109:12,13
109:15,18
109:22
112:1,5,14

113:18
114:1
115:11,18
115:20,24
116:12,23
116:24
121:1
122:23
126:8,25
127:3,17
128:23
**thinking** 55:4
  55:5
**third** 19:18
**thorough**
  27:25
**thought** 19:24
  22:24 23:19
  23:20 38:13
  55:13 56:6
  74:10 87:17
  87:22
  102:25
  117:10
  127:11
**thousand**
  21:22 26:9
  48:1 52:22
  69:4,18,21
**three** 20:14
  23:12 54:9
  92:21
**threequarter**
  21:19
**threequar...**
  49:24
**threeyear**
  20:19
**throw** 110:6
**throwing**
  122:25
**ties** 88:14
**till** 63:24
**time** 5:9,13
  5:18 10:25
  16:21 24:23
  27:13 38:10
  48:2,20
  49:6 51:12
  52:14 54:15
  54:25 55:17
  59:3 62:24
  63:13,19

67:6 73:20
74:11 80:11
82:23 84:7
84:17 87:11
88:8,12,19
91:22 95:18
95:22 97:11
98:10 100:1
104:3
106:23
107:25
108:3,4
111:18,19
116:4 119:9
123:21
125:19
**times** 54:13
  92:21
  106:10
**title** 63:14
**today** 6:7,10
  7:8,11
  61:20 76:7
  76:17 127:3
  127:13
  128:14
**told** 23:8
  26:12 42:24
  43:4,7
  85:10,14
  102:15
  103:13
  120:24
  121:12
  124:11,15
  124:16,23
  125:19
**tom** 124:4
**tools** 44:17
**top** 83:9,15
  83:16,23
  84:12 87:13
  88:14
  113:17,24
  126:18
**topography**
  16:19 17:6
**tore** 49:8
**total** 33:18
  37:3 41:2,5
  47:20,25
**towers** 13:8
  13:24 23:3

**town** 12:18
  14:8,9,11
  14:16 23:22
  24:15 25:10
**trade** 106:16
**trail** 3:10
  53:14 83:10
  83:14,19
  84:6,6 91:1
  112:10
  113:3,8
  114:4,18,24
  117:3 119:1
  125:5
**training** 8:21
**transaction**
  20:17 33:9
**transcript**
  3:12,12
  130:15
**transcrip...**
  130:16
**transformer**
  116:22
**transport**
  88:18
**travis** 13:8
  13:24 23:3
**tree** 92:8
**trees** 12:19
  89:14 91:25
  110:12
**trespass**
  124:8
**trespassed**
  124:5
**trespassing**
  91:15
**trial** 7:18,19
  66:7 96:13
  105:22,25
  109:10
  121:15
  122:7
  123:17,20
  127:5,15
**tried** 6:21
  7:2 108:11
  128:18
**trouble** 98:12
  98:13
**truck** 11:3,5
  11:18

**trucking** 9:2
  9:3 80:20
**trucks** 80:9
**true** 87:23
  130:15
**truth** 93:10
**truthful**
  128:18
**truthfully**
  6:12
**try** 56:6
**trying** 25:3,6
  26:14 31:12
  39:15
  107:15,17
  115:18
  122:2
**turn** 118:3
**turned** 25:4
  26:12
**turning** 74:16
**twice** 89:21
  111:17
**two** 4:23
  11:13 34:8
  34:13 45:2
  54:9 63:23
  63:24 69:16
  91:15 92:16
  111:17
  121:3

---

**U**

**uhhuh** 6:2
  11:15 14:19
  16:20 20:6
  21:25 24:1
  43:11 74:5
  75:17 96:18
  106:22
  116:3
**underground**
  46:15,24
  47:4
**understand**
  5:7,9 6:1
  7:10 17:15
  41:11,15,18
  42:15 48:5
  48:18 65:16
  67:11,17
  114:21
  128:19

understan...
65:8
understood
48:2
undertook
46:10
uniform
119:25
120:2
unique 76:11
76:15
united 1:1
university
8:7 11:11
72:3
unknown 1:7
upland 31:17
31:18 34:5
34:11 42:12
42:18 43:10
43:17,23
44:8 46:8
46:11 48:7
49:3 54:3
54:18 55:1
55:14 60:23
63:7 65:25
79:9 126:3
uptown 64:18
use 16:1,5,11
27:23 28:2
28:3,9
43:16,21,22
44:4 50:19
51:1,6
65:11,14
66:8,10,13
66:17,20
85:24 96:8
97:25 99:7
110:17
113:6
114:18
118:10
users 66:23
66:24
uses 17:14
96:10
utilities
72:19
_____
V
vacant 15:6

26:3 46:7
valuation
66:22,23
value 18:8
77:13,25
78:25 79:17
79:21
vegetation
53:11 86:21
89:15,19
vehicles
126:18
ventures
12:12 14:3
verbal 108:25
verbally
16:23
106:25
116:6
verify 70:24
vice 9:13
vietnam 10:23
view 86:12
109:16
visible 85:4
visitors
127:23
128:4,10
volition 7:15
_____
W
wait 102:5
walk 37:6
82:8 83:16
walked 53:18
99:14
108:12,13
124:14
125:15
walking 55:19
83:10,14,19
91:1 113:16
want 17:16
37:6 39:16
44:14 57:2
57:5 65:5
68:1 77:17
77:17 79:7
98:13 102:8
104:13
128:2,3,5,9
wanted 6:5
17:25 55:11

72:4 73:12
78:11 80:12
98:3,17
99:9 103:1
106:16
110:8
121:10
wants 54:23
64:6 65:7
warranty 33:6
wasnt 54:12
water 1:3
31:12 32:12
32:16 49:10
49:16 50:9
50:24 51:24
52:7 66:10
66:13,17
71:19,19,21
75:25 76:12
76:13 79:1
79:2,8
81:14,20,24
82:8 86:23
86:25 87:5
87:8 94:14
98:3 101:11
102:1 106:7
106:11
110:23
113:20
123:3
waterfront
76:5,22
waupaca 75:1
wausau 74:25
way 6:7 18:22
28:19 29:5
32:15 38:12
39:14 42:4
48:2,4,19
79:11 88:18
96:10
110:19
115:1
ways 21:11
128:11
weather 91:21
wed 56:6
73:24
weeds 89:14
week 26:12
62:17

weighing
28:14
weight 28:4
welding 72:5
went 11:22
68:6 86:1
86:10 88:11
98:24 99:21
102:7
111:13
west 36:14,18
36:23 37:4
40:13 50:4
86:3,4
103:16
western 1:1
116:1
wetlands
110:14,16
110:16
124:17,19
124:23,24
125:9,10,11
weve 13:14,16
13:17 17:3
65:3,17,18
65:22,24
66:3 127:15
whats 9:11,21
29:13 34:21
37:10 57:4
59:20 104:9
112:21
117:21
127:16
wheres 14:7
wi 2:4
wife 103:9
willing 54:24
74:8,14
96:5 123:10
windows 45:5
45:6
winnebago
76:10,25
wisconsin 1:1
1:6,16,17
1:18 4:14
7:25 10:16
12:17,21,23
13:15,17
20:1,4,25
35:8 57:10

70:11 130:9
witness 1:15
3:1,2 4:2
16:22,24
67:5 104:2
106:24
107:1 116:5
116:7
121:15
122:7 124:9
witnesses
123:19
witt 106:17
107:22
108:1,15,23
124:5
wonderful
55:15
wondering
51:1 128:19
wont 6:11
42:2 99:7
wood 14:16
25:11
130:10
word 50:13
words 61:8
97:23,25
98:8 99:7
102:16
work 15:14,19
18:22 24:1
27:7 46:20
48:7 52:15
58:13,15
61:14 62:23
worked 10:5
15:8,10
57:11,11,17
works 44:25
57:3 93:23
94:6,21
121:18
worry 108:5
worst 84:9
worth 18:14
18:15 19:3
19:24 22:24
22:25 23:19
23:20 24:11
25:2,5,19
26:11 27:5
28:7,15

73:17,25
74:11,19
76:3
**written**
104:18
112:5

_____
**X**
_____
**Y**
_____
**yeah** 11:20,20
12:2 15:2
16:18 21:12
21:12 24:20
37:1 45:23
46:6 48:19
49:17 56:9
56:23 57:23
57:24 59:6
65:9 70:17
71:10 74:12
74:14 75:15
85:18,20
87:17,22
98:23 99:13
100:6,17
101:16
113:21
115:24
117:15
119:12
120:6
**year** 10:3,17
11:4,6 12:1
21:8 68:7,7
69:5,7
92:16,21
111:25
**yearandahalf**
24:4
**years** 11:13
12:19 20:14
22:17 23:12
24:18,19
25:16 26:7
42:25 63:23
63:25 68:17
68:25 69:2
69:3,10
72:7,13
76:23 81:3
89:22,24
90:5,9,11

90:15 91:15
106:6
111:18
120:3,5
121:3
**youd** 29:15
34:23
117:13
120:14
**youre** 6:6 7:7
7:10 16:8
17:15 21:20
27:9,17
32:22,24
55:4 60:22
61:8 67:18
70:25 71:7
72:16 105:2
107:9 109:9
109:11
114:15
118:6,24
122:2
**youve** 6:3
12:6 14:3
27:13 68:13
71:2 89:18

_____
**Z**
_____
**zone** 66:1
**zoned** 64:3
**zoning** 65:5

_____
**0**
_____
**0** 1:6 33:22
78:22
**00** 1:18 37:18
38:3,18
40:10,25
41:6 44:20
49:14,16
59:2 68:20
71:3 72:1
76:9,19
77:1
**000** 20:23
22:22 23:17
24:6 25:1,5
25:18,20
38:3 40:25
41:6 49:14
49:16 52:23
68:20 69:1

69:6,8,12
70:1,12
71:3,6,11
76:9,10,19
77:1,9
78:12,18,19
**083** 37:5 68:5
78:23
**09** 106:14

_____
**1**
_____
**1** 3:8 29:9,14
29:18,22
30:19 31:25
35:14 37:11
37:18 41:9
41:10 48:15
48:16 50:19
52:23 70:1
70:12 73:20
73:20 74:13
74:13 125:4
**10** 49:6 72:1
76:9 77:9
118:3
**100** 40:25
**103** 3:10
**10cv397bbc**
1:5
**11** 1:19
**112** 3:10
**117** 3:11
**12** 11:18 69:3
**120** 24:6
**128** 3:3
**13** 69:3
**130** 24:13
**133** 36:23
**14** 37:12 50:6
**15** 4:17 24:18
24:19 97:12
**150** 2:4
**15acre** 12:22
13:16 20:24
21:1
**16** 26:9,10
**160** 25:4
**165** 36:18
**17** 26:9
**180** 25:20
**1946** 4:17
**1951** 93:1,15
**1965** 8:3

**1969** 8:9
11:11
**1973** 10:4,6,8
**1990** 24:23
**1995** 24:23
**1996** 19:12
24:21
**1998** 37:12
97:4 101:9
101:14
105:19
**1999** 37:22
38:7,11
111:9
113:13
118:22

_____
**2**
_____
**2** 3:9 21:8
33:11 34:17
34:22,25
35:2,10
37:11,20,20
38:2,5 40:3
40:4,17
41:23,24
45:11,15,16
47:3,7
48:17 76:10
76:19 77:1
115:23
125:2
**20** 12:23 21:2
21:13 38:7
71:6,11
113:12
**200** 12:17
13:15 20:16
25:5
**2000** 21:8
40:5
**2000s** 55:22
**2001** 21:8
40:19
**2003** 75:14
**2004** 22:19
**2005** 22:19
109:22
**2007** 3:10
23:13 56:3
73:12,17
85:19
104:17

111:22
**2008** 52:5,25
85:19
**2009** 106:18
**200acre** 20:2
**2011** 1:18
**21** 40:19
**22** 3:10 40:5
104:17
**22nd** 97:2
**22story** 13:8
13:25
**2401** 4:14
**25** 71:3
**250** 59:2
**26** 21:22
37:21
**27** 21:22
**28th** 1:18
**29** 3:8
**2900** 1:17

_____
**3**
_____
**3** 3:9 38:5,17
38:25 39:20
43:24 59:16
59:21 61:25
69:1 116:2
**30** 26:12 57:9
97:12
**300** 38:18
39:12 52:24
**315** 41:6
68:20
**320** 89:8
**34** 3:9
**35** 14:8 23:21
26:13
**36** 34:14

_____
**4**
_____
**4** 3:3,10
22:19 30:19
31:25 40:3
40:8,11,13
40:15 41:10
41:24 45:17
50:19
103:25
104:10
120:12
**40** 34:15 41:3
**400** 78:12,18

**41** 33:22
   78:22
**42** 34:15
**46** 1:6  25:1
**47** 40:10
**48** 9:8
**49** 1:19  93:21

───── **5** ─────
**5** 3:10  36:8
   37:5  40:17
   40:18,24
   41:24  49:14
   49:16  68:5
   69:2,6,12
   73:20  74:13
   78:23
   112:17,22
   112:25
   118:3
**50** 12:16  19:6
   19:9,14,22
   44:20  48:1
   69:8  78:1,4
**500** 20:23
   37:18  38:21
   39:12  46:16
   47:19  48:3
   69:12  78:19
**501** 101:3
**53703** 1481 2:4
**54467** 4:15
**59** 3:9  50:13
   50:14

───── **6** ─────
**6** 3:11  73:20
   74:13
   117:17,22
   123:22,23
   123:23
**60** 25:18  48:1
**600** 70:1,12
**62** 34:14

───── **7** ─────
**7** 19:12  38:18
   38:21  39:12
   39:12  47:19
   48:3  69:12
   97:12,12
**70** 28:7
**700** 26:10

   40:10
**71** 117:2
**7178** 118:4
**75** 3:22
**77** 14:16  25:9
**78** 117:2

───── **8** ─────
**8** 23:14
**80** 14:9  24:14
   37:18  38:3
**804** 1:15
**81** 123:23
   124:1,4
   126:6
**81498** 35:22
**825** 22:22
**84lot** 13:3,20
   22:6

───── **9** ─────
**9** 1:18  33:11
**90** 28:15
**90s** 20:11
**940** 23:17